

December 18, 2018

U.S. District Court
Eastern District of Arkansas
600 W. Capitol Ave., Rm. A149
Little Rock, AR 72201

*Sierra Club and National Parks Conservation Association v. Entergy Arkansas, Inc., Entergy Power, LLC, and Entergy Mississippi, Inc.*  Civil Action No. 4:18-cv-00854-KGB

Judge Kristine G Baker:

Recognizing that the requested intervention in this matter has not yet been granted, the State of Arkansas, *ex rel.,* Arkansas Attorney General Leslie Rutledge asks leave of the Court to file this letter in response to the Motion for Extension of Time filed on December 17, 2018, by Entergy Arkansas, Inc., Entergy Power, LLC, and Entergy Mississippi, Inc. (collectively referred to as "Entergy").

The Motion for Extension of Time correctly states that the Attorney General opposes the motion due to the tight deadlines already in place. The Attorney General wishes to further clarify her position on the request. Entergy requests an extension to January 3, 2019, to file its response to the Attorney General's Motion to Intervene. Such an extension would allow a reply by January 10, 2019, from the Attorney General, and would delay the Court's decision on the Attorney General's intervention until after that date.

According to the terms of the Settlement Agreement and the date of notice filed by the parties, comments by the Environmental Protection Agency and the

     

Department of Justice are due on or before January 10, 2019. According to its terms and statements of the Plaintiffs and Defendants, the Settlement Agreement may be entered by the Court after this review period has elapsed and the parties will so request. As a result of Entergy's requested delay, the Settlement Agreement may be entered by the Court before the Attorney General is allowed to intervene, foreclosing any opportunity for the Attorney General to act pursuant to her statutory authority for the protection of Arkansas ratepayers in this matter. It is for this reason that the Attorney General opposes Entergy's Motion for Extension of Time and asks the Court to deny Entergy's request.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: */s/ Christina L. Baker*
Sarah Tacker, Ark. Bar No. 2016001
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3625
Christina.Baker@ArkansasAG.gov

*Counsel for the State of Arkansas*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

*Attorneys for Plaintiffs*

George E. Hays, WA Bar No. 53874
Law Office of George Hays
PO Box 843
Bellevue, WA 98008
(415) 716-9159
georgehays@mindspring.com

Naomi Kim Melver, WA Bar No. 52463
Law Office of Naomi Kim Melver
PO Box 25
Greenbank, WA 98253
(541) 513-0540
nmelver@gmail.com

Richard H. Mays, AR Bar No. 61043
Williams & Anderson, PLC
111 Center Street, Suite 2200
Little Rock, AR 72201-2413
(501) 362-0059
rmays@williamsanderson.com

*Attorneys for Defendants*

Debra J. Jezouit
Baker Botts LLP
1299 Pennsylvania Avenue
Washington, DC  20004
(202) 639-7700
debra.jezouit@bakerbotts.com

G. Alan Perkins
Perkins Peiserich Greathouse Morgan Rankin
PO Box 251618
Little Rock, AR 72225-1618

(501) 603-9000
alan@ppgmrlaw.com

John F. Peiserich
Perkins Peiserich Greathouse Morgan Rankin
PO Box 251618
Little Rock, AR 72225-1618
(501) 603-0556
john@ppgmrlaw.com

Kimberly Bennett
Entergy Services, Inc.
PO Box 551
Little Rock, AR 72203-0551
(501) 377-5715
kbenne3@entergy.com

Micah Goodwin
Perkins Peiserich Greathouse Morgan Rankin
PO Box 251618
Little Rock, AR 72225-1618
(501) 603-9000
micah@ppgmrlaw.com

Susan Margaret Floyd
Entergy Services, Inc.
PO Box 551
Little Rock, AR 72203-0551
(501) 576-4734
sfloyd33@entergy.com

Timothy K. Webster
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8138
twebster@sidley.com


*/s/ Christina L. Baker*
Christina L. Baker