Richard H. Mays (State Bar No. 61043)
Williams & Anderson PLC
111 Center Street
Suite 2200
Little Rock, Arkansas 72201
Telephone: (501) 859-0575
Email: rmays@williamsanderson.com

George E. Hays (WA State Bar No. 53874)
P.O. Box 843
Bellevue, WA 98009
Telephone: (415) 566-5414
Email: georgehays@mindspring.com

Naomi Kim Melver (WA State Bar No. 52463)
P.O. Box 25
Greenbank, WA 98253
Telephone: (425) 336-3757
Email: nmelver@gmail.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Sierra Club and National Parks Conservation Association,<br><br>Plaintiffs,<br><br>v.<br><br>Entergy Arkansas, LLC, Entergy Power, LLC, and Entergy Mississippi, LLC,<br><br>Defendants. | Case No. 4:18-cv-00854-KGB<br><br>Plaintiffs' Motion to Enter Settlement Agreement as a Consent Judgment |

For the reasons stated in the accompanying brief, Plaintiffs Sierra Club and National Parks Conservation Association respectfully move the Court to sign and enter the Parties' Settlement Agreement, [Doc. 11], as a Consent Judgment. Counsel for Plaintiffs contacted counsel for Defendants, who state that Defendants support entry of the Settlement Agreement. Counsel for Plaintiffs also contacted counsel for the Proposed Intervenors, and they oppose this motion.

Respectfully submitted this 25th day of January, 2019,

s/George E. Hays
George E. Hays (WA Bar. No. 53874)
P.O. Box 843
Bellevue, WA 98009
Telephone: (415) 566-5414
Email: georgehays@mindspring.com

s/Naomi Kim Melver
Naomi Kim Melver (WA Bar No. 52463)
P.O. Box 25
Greenbank, WA 98253
Telephone: (425) 336-3757
Email: nmelver@gmail.com

s/Richard H. Mays
Richard H. Mays (Arkansas Bar No. 61043)
Williams & Anderson PLC
111 Center Street, Suite 2200
Little Rock, Arkansas 72201
Telephone: (501) 859-0575
Email: rmays@williamanderson.com

*Counsel for Plaintiffs Sierra Club and*
*National Parks Conservation Association*