IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIERRA CLUB AND
NATIONAL PARKS CONSERVATION ASSOCIATION                    PLAINTIFFS

V.                          NO. 4:18-cv-00854-KGB

ENTERGY ARKANSAS, INC., ENTERGY
POWER, LLC, AND ENTERGY
MISSISSIPPI, INC.                                          DEFENDANTS

## MOTION FOR ABEYANCE AND FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO ENTER SETTLEMENT AGREEMENT AS A CONSENT JUDGMENT

Comes the Arkansas Affordable Energy Coalition, ("the Coalition"), a proposed intervenor herein, by and through its undersigned counsel and for its Motion for Leave to File Response to Plaintiff's Motion to Enter Settlement Agreement as Consent Judgement states:

1.      On December 21, 2018, the Coalition filed its Motion to Intervene in this case, including its proposed Answer and proposed affirmative defenses. (Docket Entry No. 26). These defenses include Plaintiffs' lack of standing, the statute of limitations, and failure to exhaust administrative remedies.

2.      On January 25, 2019, the Plaintiffs filed their Motion to Enter Settlement Agreement as a Consent Judgement, asking the Court to "sign and enter" the Settlement Agreement between Plaintiffs and the Entergy defendants as a Consent Judgement. (Docket Entry No. 44 and 45).

3.      In ruling on the Plaintiffs' Motion the Court will need to consider and determine whether the Settlement Agreement is in the public interest.  In addition, the Court will need to determine whether it has subject matter jurisdiction over the case, particularly whether the

1

Plaintiffs have standing and whether a case or controversy is present in the case. Subject matter jurisdiction is an issue that may be raised at any time, and may be raised *sua sponte* by the Court. *Bueford v. Resolution Tr. Corp.*, 991 F.2d 481, 485 (8th Cir. 1993). Failure to address subject matter jurisdiction could jeopardize the Court's entry of the settlement agreement as a consent judgment.

4.     In addition, the Court may need to determine whether abstention is appropriate in this case, and the effect of the affirmative defenses raised by the proposed Intervenors.

5.     The Coalition has moved to intervene in order to protect its interests and to provide its input to the Court on the settlement agreement between the Plaintiffs and the Entergy Defendants.

6.     As of this date, the Court has not ruled on the Coalition's Motion to Intervene.

7.     Because the Court has not ruled on the Coalition's Motion to Intervene, the Coalition is not yet a party in this case and thus is impeded in responding to the Plaintiffs' Motion. Local Rule 7.2 only authorizes "parties" to file a response to a motion.

8.     The Coalition requests that the Court hold in abeyance its consideration of Plaintiffs' Motion to Enter Settlement Agreement as a Consent Judgment until after the Court has ruled on the Coalition's Motion to Intervene. The Coalition further requests that it be granted leave to file a response to Plaintiff's Motion to Enter Settlement Agreement as a Consent Judgment within fourteen (14) days after entry of an order by the Court granting the Coalition's Motion to Intervene.

WHEREFORE, the Arkansas Affordable Energy Coalition prays that the Court grant its Motion and hold in abeyance its consideration of the Plaintiffs' Motion to Enter Settlement Agreement as a Consent Order until after the Court has ruled on the Coalition's Motion to

2

Intervene, and that the Coalition be granted leave to file a response to Plaintiff's Motion within fourteen (14) days after entry of an order granting the Coalition's Motion to Intervene.

Respectfully submitted

JACKSON WALKER L.L.P.
100 Congress, Suite 1100
Austin, TX 78701
512/ 236-2000
512/ 236-2002 – Fax

Mark Walters
mwalters@jw.com
(pro hac vice motion pending)
Michael Nasi
mnasi@jw.com
(pro hac vice motion pending
Mark H. Allison
Ark. Bar No. 85001
mallison@ddh.law
Randall L. Bynum
Ark. Bar No. 89194
rbynum@ddh.law
DOVER DIXON HORNE PLLC
Suite 3700
425 West Capitol Avenue
Little Rock, AR 72201
(501) 375-9151
(501) 375-6484


ATTORNEYS FOR ARKANSAS
AFFORDABLE ENERGY
COALITION

By:_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I filed the foregoing with the Clerk of the Court, which shall send notification of such filing using the CM/ECF system to persons registered to receive such notice, and that a true and correct copy of the foregoing was sent by U.S. mail, first class postage prepaid, to the following:

Richard H. Mays, Esq.
WILLIAMS & ANDERSON PLC
111 Center Street, Suite 2200
Little Rock, AR  72201
rmays@williamsanderson.com

George E. Hays, Esq.
P. O. Box 843
Bellevue, WA  98009
georgehays@mindspring.com

Naomi Kim Melver
P. O. Box 25
Greenbank, WA 98253
nmelver@gmail.com

John Peiserich, Esq.
G. Alan Perkins, Esq.
Micah L. Goodwin, Esq.
PPGMR Law, PLLC
101 Morgan Keegan Drive, Suite A
Little Rock, AR  72202
john@ppgmrlaw.com
alan@ppgmrlaw.com
micah@ppgmrlaw.com

Timothy K. Webster, Esq.
Sidley Austin L.L.P.
1501 K Street, N.W.
Washington, DC 20005
twebster@sidley.com

Debra J. Jezouit, Esq.
Baker Botts L.L.P.

4

1299 Pennsylvania Ave. N.W.
Washington, DC  20004
Debra.jezouit@bakerbotts.com

Kimberley Bennett, Esq.
Energy Services, LLC
425 West Capitol Avenue
Suite 28E
Little Rock, Arkansas 72201
Kbenne3@entergy.com

Susan Margaret Floyd, Esq
Entergy Services, LLC
639 Loyola Avenue, 22nd Floor
New Orleans, LA 70113
sfloyd@entergy.com

Sarah Tacker, Esq.
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Sarah.Tacker@ArkansasAG.gov