IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIERRA CLUB**, *et al.*,                                                                                       **PLAINTIFFS**

v.                                      Case No. 4:18-cv-00854

**ENTERGY ARKANSAS LLC**, *et al.*,                                                      **DEFENDANTS**

**ORDER**

On its own motion, the Court writes regarding its September 30, 2019, Order and plaintiffs' recently filed amended complaint (Dkt. Nos. 53, 54).

In the Court's September 30, 2019, Order, the Court noted that it would welcome further briefing on the following issues: whether either proposed intervenor has Article III standing to intervene based on alleged rate increases or economic harms; whether the Consumer Utilities Rate Advocacy Division ("CURAD") has Article III standing to intervene based on the alleged usurpation of the State's regulatory authority; whether the Court has subject matter jurisdiction over the allegations in plaintiffs' complaint; whether plaintiffs' claims may be time-barred under controlling Eighth Circuit case law and whether, even if so, defendants should be permitted to waive such a defense under the Clean Air Act ("CAA") when public interest is involved (Dkt. No. 53). To date, the Court has not issued a briefing schedule, and no party has submitted briefing on these matters.

Additionally, the Court notes that plaintiffs filed an amended complaint on December 17, 2019 (Dkt. No. 54). The Court previously granted defendants' motion for extension of time which stayed the deadline for defendants to file an answer or other responsive pleading to plaintiffs' original complaint (Dkt. Nos. 48, 49). Upon the filing of plaintiffs' amended complaint, counsel for the defendants communicated informally with the Court. Defense counsel inquired whether

the Court's stay applied to plaintiffs' amended complaint or whether defendants should file a new motion for extension of time if they again wanted to stay the response deadline. The Court directs defendants to file a new motion for extension of time if defendants again want to stay the response deadline with respect to the amended complaint.

The Court also directs all parties and the proposed intervenors to file a joint status report, or separate status reports if unable to agree upon a joint status report, within 30 days from the entry of this Order. In that status report, the Court directs the parties and the proposed intervenors to inform the Court with respect to the status of this case and to propose a briefing schedule for the issues raised in the Court's September 30, 2019, Order.

So ordered this 19th day of December 2019.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge