**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SIERRA CLUB,** *et al.*,                                                                                    **PLAINTIFFS**

v.                                           Case No. 4:18-cv-00854

**ENTERGY ARKANSAS LLC,** *et al.*,                                                            **COMPANIES**

## ORDER

The Court has reviewed the status reports filed by the parties (Dkt. Nos. 60, 61, 62). The Court orders that, with respect to the issues raised by the Court in its September 30, 2019, order and any matters that may impact the Court's consideration of those issues:

1. Opening briefs may be filed by any party and proposed intervenor and are due by March 23, 2020, 30 days from entry of the Court's Order;

2. Response briefs may be filed within 30 days from filing of the opening brief to which it is responding;

3. Reply briefs may be filed within 15 days from filing of the response brief to which it is replying; and

4. The Court sets no page limitation on any of these briefings, and no further briefs may be filed without leave of the Court for good cause shown.

It is so ordered this 21st day of February, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge