Richard H. Mays (State Bar No. 61043)
Richard Mays Law Firm PLLC
2226 Cottondale Lane
Suite 100
Little Rock, AR 72202
Telephone: (501) 691-1106
Email: rmays@richmayslaw.com

George E. Hays (WA State Bar No. 53874)
P.O. Box 843
Bellevue, WA 98009
Telephone: (415) 566-5414
Email: georgehays@mindspring.com

Naomi Kim Melver (WA State Bar No. 52463)
P.O. Box 25
Greenbank, WA 98253
Telephone: (425) 336-3757
Email: nmelver@gmail.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| Sierra Club and National Parks Conservation Association,<br><br>Plaintiffs,<br><br>v.<br><br>Entergy Arkansas, LLC, Entergy Power, LLC, and Entergy Mississippi, LLC,<br><br>Defendants. | Case No. 4:18-cv-00854-KGB<br><br>**Declaration of Dr. H. Andrew Gray** |
|---|---|

I, Dr. H. Andrew Gray, do hereby declare:

1.      My name is Dr. H. Andrew Gray.

2.      I am over 21 years old.

3.      All statements made in this declaration are based on my personal

knowledge.

4.      I have been retained by Plaintiffs Sierra Club and National Parks

Conservation Association as an expert witness in the above captioned case.

5.      I prepared an Expert Report in this matter, which I am hereby

incorporating by reference into this declaration.


I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.


      May 1, 2020
         (Date)                                    Dr. H. Andrew Gray

2

**Sierra Club and
National Parks Conservation Association,
Plaintiffs,**

**v.**

**Entergy Arkansas LLC, et al.,
Defendants**

**Civil Action No.
4:18-cv-00854-KGB**

**EXPERT REPORT
of**

**Dr. H. Andrew Gray**

**Gray SkySolutions
San Rafael, CA**

**May 1, 2020**

## 1.0 INFORMATION REQUIRED BY THE FEDERAL RULES OF PROCEDURE

The following is a listing of the items provided as required by the Federal Rules of Civil Procedure:

1. This report contains my opinions, conclusions and the reasons therefore;

2. A statement of my qualifications is contained in my resume, attached as Appendix A;

3. The text contained within this report list the data or other information I considered in forming my opinions. A list of those and other items I considered is attached in Section 6.0.

4. Exhibits I may use to summarize my testimony have been attached in the text. Other files I may use as part of my testimony are also included there;

5. A list of any publications and professional presentations within the last ten years is included with my resume (Appendix A).

6. My compensation for the preparation of this report and for my testimony is $165 per hour; and,

7. A list of testimony by trial or by deposition as an expert witness in the past four years is listed below.

Dr. Gray has served as an expert witness and testified in the following administrative hearings:

- Resendez et al., Plaintiffs v. Precision Castparts Corp., an Oregon corporation, and PCC Structurals, Inc., Defendants. Case No. 16-CV-16164 in the Circuit Court of the State of Oregon for the County of Multnomah. (2018-2020)

- Stannus et al. v. Delegate of the Director before the British Columbia Environmental Appeal Board, EAB Group File 2017-EMA-G05 (2019)

- Meeker et al., Plaintiffs v. BULLSEYE GLASS CO., an Oregon corporation, Defendants. Civil Action No. 16-CV-07002 in the Circuit Court of the State of Oregon for the County of Multnomah. (2017/2018)

- Oakland Bulk and Oversized Terminal (OBOT) (2017/18), Civil Action No. 3:16-CV-07014-VC, U.S. District Court for the Northern District of California. (2017-2018)

- Puente Power Project, California Energy Commission Docket No. 15-AFC-01 (2017)

- Ameren Missouri Opacity, Civil Action No. 14-CV-00408-AGF, U.S. District Court for the Eastern District of Missouri. (2016)

- Edwards Opacity (Liability), Case No. 13-CV-1181, U.S District Court for the Central District of Illinois. (2015-2016)

- Utah Regional Haze, USA EPA Docket EPA-R08-OAR-2015-0463 (2014-2016)

## 2.0 OVERVIEW & EXECUTIVE SUMMARY

In this report, I discuss whether the haze and/or impaired visibility conditions described in the declarations of the following Sierra Club and National Parks Conservation Association members (the standing witnesses) is attributable to the air pollution emitted from the Independence Power Plant and the White Bluff Power Plant:

1) Jack Stewart
2) Robert Allen
3) Don Castleberry
4) Janet Nye
5) John Hill
6) Brandon Markin
7) Richard Owen
8) Ann Owen
9) Mary Weeks

My findings are based on a dispersion modeling study that I performed in order to assess visibility impacts from the Independence Power Plant and the White Bluff Power Plant at the locations described in the above witness declarations in the matter of Sierra Club, et al., v. Entergy Arkansas LLC, et al.

My preparation of this report was informed by my 40+ years of knowledge and experience gained while working with air quality technical and regulatory matters, with my last 22 years at Gray Sky Solutions.  I have testified as an Expert Witness and provided Expert Reports on legal and administrative proceedings concerning issues surrounding the Clean Air Act.  I regularly apply the CALPUFF dispersion model in my technical work and have acted as a reviewer of CALPUFF modeling for visibility and other air quality related values (AQRVs) on behalf of federal land management agencies such as the National Park Service and USDA Forest Service.  I have also provided expert review of regional haze implementation plans prepared by Arkansas and other states.  With respect to my academic background, I have a Bachelor of Science degree in Civil engineering/Engineering and Public Policy issued by Carnegie-Mellon University and a Master's degree and PhD. in Environmental Engineering Science issued by the California Institute of Technology (Caltech).  A more detailed description of my qualifications is included as Appendix A to this report.

When pollution is emitted into the air from facilities like the Independence Power Plant and the White Bluff Power Plant, the emissions can cause hazy conditions and impair visibility in several ways.  Haze is caused by pollution particles in the air that absorb and scatter sunlight, which results in a reduction in clarity and color.  Some pollutants are directly emitted into the air, such as particulate matter that is released as ash in the flue gas from the combustion of coal in the boiler, and these pollutants can scatter light and

6

impair visibility.  Other pollutants are emitted from the stacks in gaseous form, such as sulfur dioxide and nitrogen oxides, but then convert to sulfate and nitrate particles in the air due to reactions with other compounds such as ammonia.  The sulfate and nitrate particles are "hygroscopic" meaning that these particles grow in size in the presence of water vapor.  At high ambient relative humidity levels, sulfate and nitrate particles grow to roughly a size equivalent to wavelength of light where they become highly efficient at scattering light.  For this reason, sulfate and nitrate pollution are the most common causes of visibility impairment.

My analysis applied the US Environmental Protection Agency (EPA) CALPUFF air dispersion model in a manner consistent with previous modeling performed on behalf of EPA in support of the Arkansas Regional Haze Federal Implementation Plan (FIP), which EPA proposed on April 8, 2015 (67 FR 18944-19005).  Figure 2-1 shows the general location of the Independence Power Plant and the White Bluff Power Plant in Arkansas, along with receptor locations that were modeled for this study.



**Figure 2-1.  Location of Independence and White Bluff Power Plants and Modeled Receptor Areas.**

Each of the standing witnesses in this case have complained (among other items) about impaired visibility or hazy conditions with respect to the horizon and other natural features of the landscape in Arkansas.  The CALPUFF modeling study described here is an attempt to investigate these claims and determine if emissions from the Independence and White Bluff Power Plants do, in fact, cause the visibility impairment that has been observed by the various standing witnesses.

CALPUFF (Scire et al., 2000) is the model recommended by the Federal Land Managers Air Quality Related Values Workgroup (FLAG) and the Interagency Workgroup on Air Quality Modeling (IWAQM) for evaluating visibility impacts from stationary emissions source.  All specifications used for the Independence and White Bluff modeling were consistent with these guidance documents, and were also consistent with previous CALPUFF modeling used by EPA in developing the Arkansas Regional Haze FIP (81 FR 66332 (Sept. 27, 2016)).  All modeled impacts reflect the combined effect of the two coal-fired electrical generating units (EGUs) at each power plant.  Modeling was also performed using the same three-year meteorological data set (2001-03) applied in the Arkansas Regional Haze FIP modeling.  Please note that although the meteorological data used in CALPUFF covers 2001-2003, current emissions information was used in this modeling for each of the power plant units.[1]

Following established protocols such as the Federal Land Managers' Air Quality Related Values Work Group Phase I Report (FLAG 2010) and EPA Guidelines for Best Available Retrofit Technology (BART) codified in 40 CFR 51 Appendix Y, a source is considered to contribute to visibility impairment when there is a change in the "deciview index" compared to natural background which exceeds 0.5 deciviews (dv). A source is considered to cause visibility impairment when it is responsible for at least a 1.0 dv change or greater compared to natural background conditions.  Thus, I present the modeling results of Independence and White Bluff showing the number of days in each meteorological year modeled with impacts in each area modeled of greater than 0.5 deciview and 1.0 deciview.

Also, consistent with FLAG and 40 CFR Part 51 Appendix Y, the modeling results presented here include applied the 98th percentile Δdv value, which equates to the 8th highest change in dv for a one-year modeling period (8/365 = 0.0219) relative to natural background conditions. This metric (98th percentile Δdv) is one of the metrics that EPA uses to express a source's contribution to visibility impairment.  However, it should be noted that because I have modeled 90th percentile daily emissions rather than maximum daily emissions (as recommended by EPA), this metric provides a conservative estimate of the Independence and White Bluff plant's impacts to visibility in the areas modeled.  For this report, the natural background has been defined using published data from FLAG 2010 on the 20% best natural visibility days.  FLAG only provides background data for Class I areas like national parks and wilderness areas.

---

[1] Meteorological data from 2001-2003 are used to represent three typical annual cycles of meteorology.

Natural background data from nearby Upper Buffalo Wilderness and Caney Creek have been assumed to be representative of natural background at the receptor areas modeled for this analysis.  Natural background represents the conditions of the atmosphere in the absence of any man-made emissions, and it is to be expected that natural background for Caney Creek and Upper Buffalo Class I areas is broadly reflective of natural background conditions in Arkansas.

The modeled visibility impacts at each receptor area that is attributable to the cumulative base case emissions for the Independence Power Plant (2 EGUs) and the White Bluff Power Plant (2 EGUs) are presented in Tables 2-1 and 2-2. The tables list the modeling results over the three-year meteorological period modeled, showing the 98th percentile change in dv for each receptor area, along with a count of the number of modeled days which showed change in deciview greater than 0.5 dv and greater than 1.0 dv, compared to natural background.

Based on the CALPUFF modeling results shown, the 98th percentile change in the deciview index exceeds 0.5 dv at all receptors modeled.  The change in dv due to base case emissions exceeds a minimum value of 1.3 dv and exceeds 3 dv in the Little Rock area due to emissions at White Bluff.  The modeling also shows that impacts exceeding 0.5 dv are pervasive, with 13-38 days per year exceeding 1.0 dv and 34-71 days per year exceeding 0.5 dv for Independence base case emissions, and 18-58 days per year exceeding 1.0 dv and 55-93 days per year exceeding 0.5 dv for White Bluff base case emissions.  An impact that occurs ninety-three (93) days per year equates to approximately one out of every four (4) days.

In summary, the CALPUFF modeling study of the Independence and White Bluff Power Plant air emissions corroborates the claims of each standing witness regarding visibility impairment at his/her location(s).  The CALPUFF modeling results demonstrate that base case emissions from the Independence and White Bluff Power Plants do indeed cause or contribute to visibility impairment at the various receptors modeled.  The modeling results also demonstrate that the modeled impairment is predicted to occur frequently, with a range of once every fifteen (15) days to once every eight (8) days for Independence emissions, and a range of once every seven (7) days to once every four (4) days for White Bluff emissions, depending on the receptor area.

If the emissions at the Independence and White Bluff Power Plants were reduced to meet the NSPS limits, requiring $SO_2$ reductions for both EGUs at Independence and $NO_X$ reductions for Unit 2 at White Bluff, the visibility would be improved within the modeled receptors areas, as shown in Tables 2-3 through 2-6.  However, even with these emission reductions, the modeling results show that the deciview index would exceed 0.5 dv at all modeled receptor areas.

**Table 2-1.**
**CALPUFF Modeled Visibility Impact Results**
**Independence Power Plant (2 units)**
**Base Case: Change in Deciviews (Δdv)**

| Location | Metric | Maximum Modeled Results for Any One Year Modeling Period |
|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 34 |
| | # Days>1.0 Δdv | 13 |
| | 98th %-ile Δdv | 1.381 |
| Little Rock | # Days>0.5 Δdv | 71 |
| | # Days>1.0 Δdv | 38 |
| | 98th %-ile Δdv | 2.307 |
| Overlook Trail | # Days>0.5 Δdv | 42 |
| | # Days>1.0 Δdv | 18 |
| | 98th %-ile Δdv | 1.618 |
| Jasper-Gilbert | # Days>0.5 Δdv | 48 |
| | # Days>1.0 Δdv | 21 |
| | 98th %-ile Δdv | 1.698 |

**Table 2-2.**
**CALPUFF Modeled Visibility Impact Results**
**White Bluff Power Plant (2 units)**
**Base Case: Change in Deciviews (Δdv)**

| Location | Metric | Maximum Modeled Results for Any One Year Modeling Period |
|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 55 |
| | # Days>1.0 Δdv | 27 |
| | 98th %-ile Δdv | 1.786 |
| Little Rock | # Days>0.5 Δdv | 93 |
| | # Days>1.0 Δdv | 58 |
| | 98th %-ile Δdv | 3.440 |
| Overlook Trail | # Days>0.5 Δdv | 59 |
| | # Days>1.0 Δdv | 18 |
| | 98th %-ile Δdv | 1.515 |
| Jasper-Gilbert | # Days>0.5 Δdv | 55 |
| | # Days>1.0 Δdv | 19 |
| | 98th %-ile Δdv | 1.582 |

**Table 2-3.**
**CALPUFF Modeled Visibility Impact Results**
**Independence Power Plant (2 units)**
**NSPS Case: Change in Deciviews (Δdv)**

| Location | Metric | Maximum Modeled Results for Any One Year Modeling Period |
|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 9 |
| | # Days>1.0 Δdv | 2 |
| | 98th %-ile Δdv | 0.524 |
| Little Rock | # Days>0.5 Δdv | 35 |
| | # Days>1.0 Δdv | 9 |
| | 98th %-ile Δdv | 1.046 |
| Overlook Trail | # Days>0.5 Δdv | 15 |
| | # Days>1.0 Δdv | 3 |
| | 98th %-ile Δdv | 0.671 |
| Jasper-Gilbert | # Days>0.5 Δdv | 15 |
| | # Days>1.0 Δdv | 3 |
| | 98th %-ile Δdv | 0.667 |

**Table 2-4.**
**CALPUFF Modeled Visibility Impact Results**
**White Bluff Power Plant (2 units)**
**NSPS Case: Change in Deciviews (Δdv)**

| Location | Metric | Maximum Modeled Results for Any One Year Modeling Period |
|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 47 |
| | # Days>1.0 Δdv | 26 |
| | 98th %-ile Δdv | 1.739 |
| Little Rock | # Days>0.5 Δdv | 91 |
| | # Days>1.0 Δdv | 54 |
| | 98th %-ile Δdv | 3.342 |
| Overlook Trail | # Days>0.5 Δdv | 55 |
| | # Days>1.0 Δdv | 16 |
| | 98th %-ile Δdv | 1.481 |
| Jasper-Gilbert | # Days>0.5 Δdv | 53 |
| | # Days>1.0 Δdv | 19 |
| | 98th %-ile Δdv | 1.569 |

11

**Table 2-5.**
**CALPUFF Modeled Visibility Impact Results**
**Independence Power Plant (2 units)**
**Improvement for NSPS vs. Base: Change in Deciviews (Δdv)**

| Location | Metric | Maximum Modeled Results for Any One Year Modeling Period |
|---|---|---|
| Hot Springs National Park | Reduced # Days>0.5 Δdv | 25 |
| | Reduced # Days>1.0 Δdv | 12 |
| | Reduced 98th %-ile Δdv | 0.898 |
| Little Rock | Reduced # Days>0.5 Δdv | 36 |
| | Reduced # Days>1.0 Δdv | 36 |
| | Reduced 98th %-ile Δdv | 1.259 |
| Overlook Trail | Reduced # Days>0.5 Δdv | 32 |
| | Reduced # Days>1.0 Δdv | 15 |
| | Reduced 98th %-ile Δdv | 1.103 |
| Jasper-Gilbert | Reduced # Days>0.5 Δdv | 33 |
| | Reduced # Days>1.0 Δdv | 18 |
| | Reduced 98th %-ile Δdv | 1.031 |

**Table 2-6.**
**CALPUFF Modeled Visibility Impact Results**
**White Bluff Power Plant (2 units)**
**Improvement for NSPS vs. Base: Change in Deciviews (Δdv)**

| Location | Metric | Maximum Modeled Results for Any One Year Modeling Period |
|---|---|---|
| Hot Springs National Park | Reduced # Days>0.5 Δdv | 1 |
| | Reduced # Days>1.0 Δdv | 1 |
| | Reduced 98th %-ile Δdv | 0.047 |
| Little Rock | Reduced # Days>0.5 Δdv | 2 |
| | Reduced # Days>1.0 Δdv | 4 |
| | Reduced 98th %-ile Δdv | 0.110 |
| Overlook Trail | Reduced # Days>0.5 Δdv | 4 |
| | Reduced # Days>1.0 Δdv | 2 |
| | Reduced 98th %-ile Δdv | 0.034 |
| Jasper-Gilbert | Reduced # Days>0.5 Δdv | 3 |
| | Reduced # Days>1.0 Δdv | 1 |
| | Reduced 98th %-ile Δdv | 0.016 |

## 3.0 VISIBILITY MODELING STUDY – TECHNICAL APPROACH

This section provides an overview of the technical procedures used to conduct the CALPUFF visibility impact modeling using emissions from the Independence Power Plant (2 units) and the White Bluff Power Plant (2 units).  Receptors modeled included four separate areas in Arkansas identified by the various standing witnesses.

### 3.1 Emissions

The base case emissions data for input to the CALPUFF modeling were obtained from EPA's Air Markets Program Database (CAMD) (http://ampd.epa.gov/ampd/).  I used annual average emission totals, calculated for me by Ms. Victoria Stamper, for the calendar years 2018 and 2019 for all units at the Independence and White Bluff Power Plants. The total plant-wide emissions of sulfur dioxide ($SO_2$) and nitrogen oxides ($NO_X$) were calculated for each day of 2018 and 2019 and then ranked from high to low.  The selected emissions for input to the CALPUFF model were based on the 90th percentile emissions day for $SO_2$ at Independence and the 90th percentile emissions day for $NO_X$ at White Bluff as determined using the above ranking.

Using the 90th percentile emissions day avoided modeling the absolute highest emissions day, but still provided an emissions rate that occurred with sufficient frequency that any adverse effects would be noticeable to the general public.  The 90th percentile emissions day would occur on average about once every ten (10) days.

The emissions reported in the CAMD database for September 27, 2019 were selected as representative of the 90th percentile $SO_2$ day for the 2018-2019 period at Independence.  Likewise, emissions for January 21, 2019 were selected as representative of the 90th percentile $NO_X$ day for the 2018-2019 period at White Bluff. The $SO_2$ and $NO_X$ emissions were extracted from CAMD for each of these days for each of the Independence and White Bluff EGUs.  In CAMD, the emissions information is listed in tons/day, and were converted to lbs/hr for modeling purposes.  Table 3-1 presents the $SO_2$, $NO_X$, and MMBtu obtained from EPA's Air Markets Program Database for Independence and White Bluff operations on September 27, 2019 and January 1, 2019, respectively.

**Table 3-1.  Current 90th Percentile (Base Case) SO$_2$ and NO$_X$ Emissions**

| Plant/Unit | 90th Percentile Day of Highest Plant-wide SO$_2$ (for Independence) or NO$_X$ (for White Bluff) Emissions Over 2018-2019 | Unit-Specific 24-hour Average SO$_2$ Emissions on 90th Percentile Day over 2018-2019, lb/hr | Unit-Specific 24-hour Average NO$_X$ Emissions on 90th Percentile Day over 2018-2019, lb/hr | Unit-Specific 24-hour Average Heat Input on 90th Percentile Day over 2018-2019, MMBtu/hr |
|---|---|---|---|---|
| Independence Unit 1 | 9/27/19 | 3,478.75 | 884.83 | 5,343.21 |
| Independence Unit 2 | 9/27/19 | 4,081.17 | 1,022.08 | 6,303.63 |
| White Bluff Unit 1 | 1/21/2019 | 4,673.17 | 1,354.00 | 8,806.91 |
| White Bluff Unit 2 | 1/21/2019 | 4,079.08 | 1,028.17 | 7,349.16 |

For particulate matter (PM), emissions estimates were derived using actual emissions from PM CEMs data reported to MATS for the Independence units for the 90th percentile SO$_2$ day and from PM CEMs data reported to MATS for the White Bluff units for the 90th percentile NO$_X$ day. These reports list particulate emissions measured during 2018-2019 in units of lb/MMBtu.  To convert to lbs/hour, the unit-specific MMBtu outputs reported in CAMD on September 27, 2019 and January 21, 2019 (the 90th percentile SO$_2$ emissions day at Independence and the 90th percentile NO$_X$ emissions day at White Bluff, respectively) were used along with the PM CEMS data.  Table 3-2 presents the PM emissions for each Independence and White Bluff reflective of the 90th percentile day of emissions for White Bluff and Independence.

**Table 3-2.  Base Case PM Emissions**

| Plant/Unit | 90th Percentile Day of Highest Plant-wide $SO_2$ (Independence) or $NO_X$ (White Bluff) Emissions Over 2018-2019 | PM Emission Rate Reported for the 90th Percentile Day, lb/MMBtu | 24-hour Average Unit-Specific Heat Input on 90th Percentile Day of Highest Plant-wide $SO_2$ (Independence) or $NO_X$ (White Bluff) Emissions over 2018-2019, MMBtu/hr | Unit-Specific PM Emissions on 90th Percentile Day of Highest Plant-wide $SO_2$ (Independence) or $NO_X$ (White Bluff) Emissions Over 2018-2019, lb/hr |
|---|---|---|---|---|
| Independence Unit 1 | 9/27/19 | 0.005922516 | 5,343.21 | 31.65 |
| Independence Unit 2 | 9/27/19 | 0.005041667 | 6,303.63 | 31.78 |
| White Bluff Unit 1 | 1/21/2019 | 0.012041472 | 8,806.91 | 106.05 |
| White Bluff Unit 2 | 1/21/2019 | 0.006354070 | 7,349.16 | 46.70 |

As explained in the declaration of Victoria Stamper, for the BACT-controlled case, the minimum level of emission reductions for $SO_2$ at Independence and for $NO_X$ at White Bluff that would be expected with a BACT limit equal to the NSPS limits were assumed to be applied to each of the 90th percentile days.  Table 3-3 presents the expected percent reduction and the resulting emissions levels for each unit.

16

**Table 3-3.  Unit-Specific SO$_2$ or NO$_X$ Emissions Expected on 90th Percentile Day Reflective of the Minimum Degree of Emission Reduction Expected with a BACT Limit Equal to the NSPS Limits.**

| Plant/Unit | Unit-Specific SO$_2$ (Independence) or NO$_X$ (White Bluff) Emissions on 90th Percentile Day over 2018-2019, lb/hr | Expected Percent Reduction with Minimum BACT Limit Equating to NSPS, lb/hr | Unit-Specific SO$_2$ or NO$_X$ Emissions Expected on 90th Percentile Day Reflective of the Minimum Degree of Emission Reduction Expected with BACT, lb/hr |
|---|---|---|---|
| Independence Unit 1 SO$_2$ | 3,478.75 | 72.00% | 974.05 |
| Independence Unit 2 SO$_2$ | 4,081.17 | 72.55% | 1,120.28 |
| White Bluff Unit 1 NO$_X$ | 1,354.00 | 0% | 1,354.00 |
| White Bluff Unit 2 NO$_X$ | 1,028.17 | 26.67% | 753.95 |

For additional pollutants modeled, emission values for SO$_2$ and PM were scaled using ratios obtained from emissions that EPA used for its Arkansas Regional Haze FIP modeling analysis for baseline Independence and White Bluff emissions.  Pollutant concentrations were scaled as follows:

- SO4 = [(EPA SO4)/(EPA SO2)] * SO2

- PMF = [(EPA PMF)/(EPA PM)]*PM

- PMC = [(EPA PMC)/(EPA PM)]*PM

- EC = [(EPA EC)/(EPA PMF)]*PMF

- SOA = [(EPA SOA)/(EPA PMF)]*PMF

Table 3-4 presents the EPA baseline Independence and White Bluff modeling emissions which were used for scaling purposes, and Table 3-5 presents final emissions used for the current modeling study.

17

**Table 3-4.  EPA Baseline Emissions**

| Plant/Unit | EPA BART Emissions, lb/hr | | | | | |
|---|---|---|---|---|---|---|
| | SO2 | SO4 | PMC | PMF | EC | SOA |
| Independence Unit 1 | 5,462.83 | 3.56 | 11.1 | 10.7 | 0.4 | 16.6 |
| Independence Unit 2 | 6,337.17 | 3.56 | 11.1 | 10.7 | 0.4 | 16.6 |
| White Bluff Unit 1 | 7,763.5 | 36.8 | 40.4 | 31.1 | 1.2 | 9.2 |
| White Bluff Unit 2 | 7,825.1 | 36.8 | 40.4 | 31.1 | 1.2 | 9.2 |

**Table 3-5.  Modeled Emissions – CALPUFF Visibility Modeling**

| Plant/Unit | EPA BART Emissions, lb/hr | | | | | |
|---|---|---|---|---|---|---|
| | SO2 | SO4 | PMC | PMF | EC | SOA |
| Independence Unit 1: Base Case | 3,478.75 | 2.27 | 16.12 | 15.53 | 0.58 | 24.10 |
| Independence Unit 2: Base Case | 4,081.17 | 2.29 | 16.18 | 15.60 | 0.58 | 24.20 |
| Independence Unit 1: NSPS | 974.05 | 0.63 | 16.12 | 15.53 | 0.58 | 24.10 |
| Independence Unit 2: NSPS | 1,120.08 | 0.63 | 16.18 | 15.60 | 0.58 | 24.20 |
| White Bluff Unit 1: Base Case | 4,673.17 | 22.15 | 59.92 | 46.13 | 1.78 | 13.65 |
| White Bluff Unit 2: Base Case | 4,079.08 | 19.18 | 26.39 | 20.31 | 0.78 | 6.01 |
| White Bluff Unit 1: Base Case | 4,673.17 | 22.15 | 59.92 | 46.13 | 1.78 | 13.65 |
| White Bluff Unit 2: Base Case | 4,079.08 | 19.18 | 26.39 | 20.31 | 0.78 | 6.01 |

## 3.2 Receptors

Visibility impairment was modeled within four rectangular areas corresponding to locations as provided in declarations from the standing witnesses identified in Section 2.0 of this report.  Table 3-5 shows the latitude/longitude coordinates for locations provided by the standing witnesses and the corresponding modeled receptor areas. Google Earth images of the modeled receptor areas are provided below.

**Table 3-5.  Locations that Standing Witnesses Complain of Haze/Visibility Impairment**

| Member / Location | Latitude, Longitude | Modeled Receptor Area |
|---|---|---|
| **Jack Stewart** | | |
| 2500 NC 2555 in Jasper, AR | 36.045. -93.252 | Jasper-Gilbert |
| Coming off Highway 74, West of Jasper, looking east | 36.016, -93.202 | Jasper-Gilbert |
| **Robert Allen** | | |
| Along the Buffalo National River: | | |
|   Big Bluff | 36.049242, -93.320065 | Jasper-Gilbert |
|   Jim Bluff | 36.054779, -93.313904 | Jasper-Gilbert |
|   Red Bluff | 35.979232, -92.817610 | Jasper-Gilbert |
| Hot Springs National Park: | | |
|   Observation Tower | 34.517207, -93.046122 | Hot Springs NP |
|   Goat Rock Overlook | 34.527173, -93.039046 | Hot Springs NP |
| **Don Castleberry** | | |
| Along Buffalo National River: | | |
|   Buffalo Point | 36.069090, -92.555235 | Overlook Trail |
| Junction of AR Hwys 222 and 65, North of Buffalo River | 36.000288, -92.762961 | Jasper-Gilbert |
| In or near Little Rock: | | |
| Pinnacle Mountain hike, near Two Rivers Park in Little Rock | 34.841516, -92.485782 | Little Rock |
| I-430 Bridge over the Arkansas River | 34.801387, -92382625 | Little Rock |
| Hot Springs National Park: | | |
|   Observation Tower | 34.517207, -93.046122 | Hot Springs NP |

**Janet Nye**

| | | |
|---|---|---|
| Area between Tyler Bend and Arkansas Hwy 14 | 36.006386, -92.844257 | Jasper-Gilbert |
| Overlook Trail looking West | 36.079319, -92.564318 | Jasper-Gilbert |
| | 36.082699, -92.563264 | Overlook Trail |
| Overlooks on the Buffalo River Trails, overlooking Gilbert | 35.975445, -92.752001 | Jasper-Gilbert |
| Kimball Bluff (west of AR Hwy 14) | 36.053206, -92.574879 | Overlook Trail |
| Spring Creek Bluff | 36.022036, -91.588810 | (Not modeled) |

**John Hill**

| | | |
|---|---|---|
| Two Rivers Park | 34.8127, -92.3977 | Little Rock |
| Pinnacle Mountain State Park | 34.8446, -92.4627 | Little Rock |

**Brandon Markin**

| | | |
|---|---|---|
| The Ozark Mountains | 36.0359, -93.1860 | Jasper-Gilbert |
| Pinnacle Mountain State Park | 34.8446, -92.4627 | Little Rock |
| Two Rivers Park | 34.8127, -92.3977 | Little Rock |
| Emerald Park | 34.7840, -92.3031 | Little Rock |

**Richard Owen**

| | | |
|---|---|---|
| Allsop Park | 34.7616,  -92.3188 | Little Rock |
| Pinnacle State Park | 34.8446, -92.4627 | Little Rock |
| Petit Jean State Park | 35.1205, -92.9328 | (Not modeled) |

**Ann Owen**

| | | |
|---|---|---|
| Allsop Park | 34.7616,  -92.3188 | Little Rock |
| Pinnacle State Park | 34.8446, -92.4627 | Little Rock |
| Petit Jean State Park | 35.1205, -92.9328 | (Not modeled) |
| Ozark Highlands, Buffalo National River | 35.9830, -92.7549 | Jasper-Gilbert |

**Mary Weeks**

| | | |
|---|---|---|
| Little Rock | 34.7572, -923056 | Little Rock |



**Figure 3-1.  Hot Springs National Park Receptor Area**



**Figure 3-2.  Little Rock Receptor Area**

21



**Figure 3-3.  Jasper-Gilbert Receptor Area**



**Figure 3-4.  Overlook Trail Receptor Area**

**3.3 CALPUFF Modeling – Technical Approach**

The modeling approach for addressing possible visibility impacts from Independence Power Plant and White Bluff Power Plant emissions used the EPA CALPUFF modeling system and followed procedures and guidelines outlined in the Interagency Workgroup on Air Quality Modeling (IWAQM) Phase 2 Summary Report and Recommendations for Modeling Long Range Impacts (IWAQM, 1998) and the Federal Land Managers' Air Quality Related Values (FLAG) Phase I Report – Revised (FLAG, 2010). The modeling procedures are also consistent with previous CALPUFF modeling performed on behalf of EPA for use in development of the Arkansas Regional Haze FIP (Federal Register, 2016).

The following versions of the CALPUFF modeling system were used:

- CALMET Version 5.8 (level 070623)
- CALPUFF Version 5.8.4 (level 130731)
- POSTUTIL Version 1.56 (level 070627)
- CALPOST Version 6.221 (level 080724)

CALPUFF, POSTUTIL, and CALPOST are all the current EPA-approved versions of these particular models. For CALMET, Version 5.8 Level 070623 was the EPA-approved model at the time when the EPA Arkansas Regional Haze FIP modeling was completed in 2007. As stated elsewhere, the current Independence and White Bluff visibility modeling in this report relies upon the CALMET data files prepared on behalf of EPA for the Arkansas Regional Haze FIP. However, EPA has since updated the CALMET model and the current approved model is CALMET Version 5.8.4 Level 130731.

CALPUFF applies gridded meteorological fields that vary both spatially and temporally. CALMET files contain the gridded meteorological data fields for later use by CALPUFF. CALPUFF performs the concentration calculations, POSTUTIL applies nitrate limiting calculations, and CALPOST calculates and ranks the visibility metrics. Additional details regarding model configuration are presented below.

**3.3.1 Meteorological Data Processing (CALMET)**

CALMET processing was previously performed for the years 2001, 2002, and 2003 for the Arkansas Regional Haze FIP (Federal Register, 2016), and the CALMET files previously used for the Arkansas Regional Haze FIP were obtained from EPA and used for this study without modification except for the emissions modeled for Independence and White Bluff as described in Section 3-1 above.

The CALMET data files contained the three-dimensional gridded meteorological data fields. The CALMET files included multiple files per run for each of the three (3) years of meteorological data. The CALMET modeling domain is shown below in Figure 3-5.



**Figure 3-5.  CALMET/CALPUFF Modeling Domain**

### 3.3.2 Dispersion & Transport Calculations (CALPUFF)

CALPUFF performs calculations for pollutant transport and dispersion, including parameterization of secondary aerosol formation (sulfate and nitrate).  The CALPUFF modeling domain was set to be consistent with the CALMET modeling domain, shown above in Figure 3-5.  All CALPUFF configuration options followed current IWAQM and FLAG guidance and were consistent with previous modeling performed to support the Arkansas Regional Haze FIP (Federal Register, 2016).

CALPUFF also requires background pollutant concentrations for ozone and ammonia, which are used in the parameterization of secondary aerosol formation.  Ozone and ammonia background data used for this study were unchanged from the CALPUFF modeling protocols used for Arkansas's Regional Haze FIP (Federal Register, 2016).

### 3.3.3 Processing of Results (POSTUTIL & CALPOST)

In CALPUFF, nitrate ($NO_3$) formation is subject to the availability of atmospheric ammonia ($NH_3$), where the assumed form of nitrate is ammonium nitrate ($NH_4NO_3$).  CALPUFF allows the full amount of "background" ammonia to be available to each "puff" emitted, which may mean that the same $NH_3$ is used more than once to form $NO_3$.  The POSTUTIL tool was applied to repartition $NO_3$ in a post-processing step, where

$NH_3$ is accounted for based on total concentration at a given point, rather than from individual and potentially overlapping puffs.

Nitrate limiting options were applied by selecting the MNITRATE = 1 option within POSTUTIL.  Because the two EGUs at Independence and the two EGUs at White Bluff are at approximately the same location, the puffs from each emissions stack at each power plant would presumably be transported together and the individual puffs from the different units would likely overlap.  Applying the POSTUTIL nitrate limiting step (MNITRATE = 1) eliminated the potential for the model to overestimate nitrate formation and resulting visibility impairment associated with overlapping puffs.  Without this step, the modeled visibility impacts from the Independence and White Bluff emissions would have been even higher than reported here.

After POSTUTIL was run, CALPOST was used to process ambient concentration files to calculate visibility impacts in deciviews (dv) units by performing the appropriate calculations.  CALPOST also ranks the calculated dv metric to determine the peak values.

For CALPOST, configuration options were consistent with current visibility guidance provided in FLAG (2010).  The selected CALPOST input data (Method 8, Mode 5) applies the current IMPROVE equation for calculating atmospheric extinction as per FLAG (2010).  The 20% best natural background and monthly relative humidity factors for Upper Buffalo Wilderness were used as a background for the Jasper-Gilbert and Overlook Trail receptors.  The 20% best natural background and monthly relative humidity factors for Caney Creek were used as a background for the Little Rock and Hot Spring NP receptors.  Because natural background and relative humidity factors per FLAG guidance are only available for Class I Areas such as National Parks and Wilderness Areas, the same natural background estimate was used for those nearby receptors located outside of park boundaries.

## 4.0 VISIBILITY MODELING RESULTS

This section summarizes the CALPUFF visibility modeling results using emissions from the Independence and White Bluff Power Plants.

Following established protocols such as the Federal Land Managers' Air Quality Related Values Work Group Phase I Report (FLAG 2010) and EPA Guidelines for Best Available Retrofit Technology (BART) codified in 40 CFR 51 Appendix Y, a source is considered to contribute to visibility impairment when there is a change in the "deciview index" compared to natural background which exceeds 0.5 deciviews (dv).  A source is considered to cause visibility impairment when it is responsible for at least a 1.0 dv change or greater compared to natural background conditions.  Thus, I present the modeling results of Independence and White Bluff showing the number of days in each meteorological year modeled with impacts in each area modeled of greater than 0.5 deciview and 1.0 deciview.

Also, consistent with FLAG and 40 CFR Part 51 Appendix Y, the modeling applied the 98th percentile dv value, which equates to the 8th highest change in dv for a one-year modeling period (8/365 = 0.0219).  Also, for this report, the natural background has been defined using published data from FLAG 2010 from the 20% best natural visibility days.  Natural background data from nearby Upper Buffalo Wilderness and Caney Creek have been assumed to be representative of natural background at the receptor areas modeled for this analysis. This metric (98th percentile Δdv) is one of the metrics that EPA uses to express a source's contribution to visibility impairment.  However, it should be noted that because I have modeled 90th percentile daily emissions rather than maximum daily emissions (as recommended by EPA), this metric provides a conservative estimate of the Independence and White Bluff plant's impacts to visibility in the areas modeled.

The modeled visibility impacts at each receptor attributable to the cumulative base case emissions for the Independence Power Plant (2 units) and the White Bluff Power Plant (2 units) are presented in Tables 4-1 and 4-2.  The tables lists the modeling results for each year over the three-year meteorological period modeled, showing the 98th percentile change in dv for each receptor, along with a count of the number of modeled days which showed change in deciview greater than 0.5 dv and greater than 1.0 dv, compared to natural background.

Based on the CALPUFF modeling results shown, the 98th percentile change in the deciview index exceeds 0.5 dv at all receptors modeled.  The change in dv due to base case emissions exceeds a minimum value of 1.1 dv and exceeds 3.4 dv in the Little Rock area due to emissions at White Bluff.  The modeling also shows that impacts exceeding 0.5 dv are pervasive, with 10-38 days per year exceeding 1.0 dv and 29-71 days per year exceeding 0.5 dv for Independence base case emissions, and 5-58 days

per year exceeding 1.0 dv and 20-93 days per year exceeding 0.5 dv for White Bluff base case emissions, depending on the model year and receptor area.  An impact that occurs ninety-three (93) days per year equates to approximately one out of every four (4) days.

**Table 4-1.**
**CALPUFF Modeled Visibility Results**
**Independence Power Plant (2 Units)**
**Base: Change in Deciviews (Δdv)**

| Location | Metric | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 34 | 29 | 31 |
| | # Days>1.0 Δdv | 13 | 10 | 12 |
| | 98th %-ile Δdv | 1.117 | 1.196 | 1.381 |
| Little Rock | # Days>0.5 Δdv | 71 | 54 | 61 |
| | # Days>1.0 Δdv | 38 | 24 | 30 |
| | 98th %-ile Δdv | 1.865 | 1.974 | 2.307 |
| Overlook Trail | # Days>0.5 Δdv | 39 | 41 | 42 |
| | # Days>1.0 Δdv | 16 | 18 | 16 |
| | 98th %-ile Δdv | 1.531 | 1.618 | 1.454 |
| Jasper-Gilbert | # Days>0.5 Δdv | 36 | 48 | 42 |
| | # Days>1.0 Δdv | 16 | 19 | 21 |
| | 98th %-ile Δdv | 1.312 | 1.466 | 1.698 |

**Table 4-2.**
**CALPUFF Modeled Visibility Results**
**White Bluff Power Plant (2 Units)**
**Base: Change in Deciviews (Δdv)**

| Location | Metric | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 45 | 48 | 55 |
| | # Days>1.0 Δdv | 20 | 22 | 27 |
| | 98th %-ile Δdv | 1.786 | 1.456 | 1.707 |
| Little Rock | # Days>0.5 Δdv | 93 | 60 | 73 |
| | # Days>1.0 Δdv | 58 | 40 | 45 |
| | 98th %-ile Δdv | 3.422 | 3.015 | 3.440 |
| Overlook Trail | # Days>0.5 Δdv | 59 | 20 | 33 |
| | # Days>1.0 Δdv | 18 | 5 | 15 |
| | 98th %-ile Δdv | 1.515 | 0.863 | 1.221 |
| Jasper-Gilbert | # Days>0.5 Δdv | 55 | 30 | 38 |
| | # Days>1.0 Δdv | 17 | 9 | 19 |
| | 98th %-ile Δdv | 1.427 | 1.044 | 1.582 |

**Table 4-3.**
**CALPUFF Modeled Visibility Results**
**Independence Power Plant (2 Units)**
**NSPS: Change in Deciviews (Δdv)**

| Location | Metric | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 9 | 8 | 7 |
| | # Days>1.0 Δdv | 1 | 2 | 2 |
| | 98th %-ile Δdv | 0.524 | 0.524 | 0.483 |
| Little Rock | # Days>0.5 Δdv | 35 | 22 | 26 |
| | # Days>1.0 Δdv | 2 | 6 | 9 |
| | 98th %-ile Δdv | 0.829 | 0.857 | 1.048 |
| Overlook Trail | # Days>0.5 Δdv | 15 | 9 | 12 |
| | # Days>1.0 Δdv | 3 | 3 | 1 |
| | 98th %-ile Δdv | 0.657 | 0.515 | 0.671 |
| Jasper-Gilbert | # Days>0.5 Δdv | 12 | 15 | 12 |
| | # Days>1.0 Δdv | 1 | 2 | 3 |
| | 98th %-ile Δdv | 0.615 | 0.604 | 0.667 |

**Table 4-4.**
**CALPUFF Modeled Visibility Results**
**White Bluff Power Plant (2 Units)**
**NSPS: Change in Deciviews (Δdv)**

| Location | Metric | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Hot Springs National Park | # Days>0.5 Δdv | 44 | 47 | 55 |
| | # Days>1.0 Δdv | 17 | 22 | 26 |
| | 98th %-ile Δdv | 1.739 | 1.443 | 1.698 |
| Little Rock | # Days>0.5 Δdv | 91 | 60 | 72 |
| | # Days>1.0 Δdv | 54 | 39 | 45 |
| | 98th %-ile Δdv | 3.312 | 2.991 | 3.342 |
| Overlook Trail | # Days>0.5 Δdv | 55 | 19 | 32 |
| | # Days>1.0 Δdv | 16 | 5 | 14 |
| | 98th %-ile Δdv | 1.481 | 0.843 | 1.214 |
| Jasper-Gilbert | # Days>0.5 Δdv | 53 | 27 | 37 |
| | # Days>1.0 Δdv | 17 | 8 | 19 |
| | 98th %-ile Δdv | 1.411 | 1.031 | 1.569 |

**Table 4-5.**
**CALPUFF Modeled Visibility Results**
**Independence Power Plant (2 Units)**
**Improvement for NSPS vs. Base: Change in Deciviews (Δdv)**

| Location | Metric | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Hot Springs National Park | Reduced # Days>0.5 Δdv | 25 | 21 | 24 |
| | Reduced # Days>1.0 Δdv | 12 | 8 | 10 |
| | Reduced 98th %-ile Δdv | 0.593 | 0.672 | 0.898 |
| Little Rock | Reduced # Days>0.5 Δdv | 36 | 32 | 35 |
| | Reduced # Days>1.0 Δdv | 36 | 18 | 21 |
| | Reduced 98th %-ile Δdv | 1.036 | 1.117 | 1.259 |
| Overlook Trail | Reduced # Days>0.5 Δdv | 24 | 32 | 30 |
| | Reduced # Days>1.0 Δdv | 13 | 15 | 15 |
| | Reduced 98th %-ile Δdv | 0.874 | 1.103 | 0.783 |
| Jasper-Gilbert | Reduced # Days>0.5 Δdv | 24 | 33 | 30 |
| | Reduced # Days>1.0 Δdv | 15 | 17 | 18 |
| | Reduced 98th %-ile Δdv | 0.697 | 0.862 | 1.031 |

**Table 4-6.**
**CALPUFF Modeled Visibility Results**
**White Bluff Power Plant (2 Units)**
**Improvement for NSPS vs. Base: Change in Deciviews (Δdv)**

| Location | Metric | 2001 | 2002 | 2003 |
|---|---|---|---|---|
| Hot Springs National Park | Reduced # Days>0.5 Δdv | 1 | 1 | 0 |
| | Reduced # Days>1.0 Δdv | 3 | 0 | 1 |
| | Reduced 98th %-ile Δdv | 0.047 | 0.013 | 0.009 |
| Little Rock | Reduced # Days>0.5 Δdv | 2 | 0 | 1 |
| | Reduced # Days>1.0 Δdv | 4 | 1 | 0 |
| | Reduced 98th %-ile Δdv | 0.110 | 0.024 | 0.098 |
| Overlook Trail | Reduced # Days>0.5 Δdv | 4 | 1 | 1 |
| | Reduced # Days>1.0 Δdv | 2 | 0 | 1 |
| | Reduced 98th %-ile Δdv | 0.034 | 0.020 | 0.007 |
| Jasper-Gilbert | Reduced # Days>0.5 Δdv | 2 | 3 | 1 |
| | Reduced # Days>1.0 Δdv | 0 | 1 | 0 |
| | Reduced 98th %-ile Δdv | 0.016 | 0.013 | 0.013 |

For the controlled NSPS case, significant $SO_2$ emission reductions at the two Independence EGUs would result in large improvements to visibility, as shown In Tables 4-3 and 4-5.  Only 1-9 days per year would exceed 1.0 dv, and 7-35 days would exceed 0.5 dv, a reduction of up to 36 days per year, under the NSPS emissions scenario at Independence.  For White Bluff, the NSPS scenario would result in modest $NO_X$ reductions at Unit 2, which would still result in an improvement in visibility impairment, as shown in Tables 4-4- and 4-6.  The 98th percentile change in the deciview index would still exceed 0.5 dv at all receptor areas modeled.

## 5.0 SUMMARY & CONCLUSIONS

This report summarizes results from a dispersion modeling study performed to assess visibility impacts from the Independence and White Bluff Power Plants at locations described in witness declarations in the matter of Sierra Club, et al., v. Entergy Arkansas LLC, et al.

The visibility modeling applied the EPA CALPUFF modeling system. CALPUFF is recommended by the Federal Land Managers Air Quality Related Values Workgroup (FLAG) and the Interagency Workgroup on Air Quality Modeling (IWAQM) for evaluating visibility effects of air emission sources. This work also applied the EPA CALPUFF modeling system in a manner consistent with previous modeling performed in support of the Arkansas Regional Haze FIP. The CALPUFF modeling addressed emissions from the Independence (2 units) and White Bluff (2 units) Power Plants in Arkansas and determined the associated visibility effects at various receptor area locations where visibility impairment has been observed as identified by the various standing witnesses in this case.

Following established protocols such as the Federal Land Managers' Air Quality Related Values Work Group Phase I Report (FLAG 2010) and EPA Guidelines for Best Available Retrofit Technology (BART) codified in 40 CFR 51 Appendix Y, visibility impairment occurs when there is a change in the "deciview index" compared to natural background which exceeds 0.5 deciviews (dv). Also, consistent with FLAG and Appendix Y, the modeling applied the 98th percentile dv value, which equates to the 8th highest change in dv for a one-year modeling period (8/365 = 0.0219). Also, for this report, the natural background has been defined using published data for Upper Buffalo Wilderness and Caney Creek taken from FLAG (2010) on the 20% best natural visibility days. Natural background data from Upper Buffalo Wilderness and Caney Creek have been assumed to be representative of natural background at the all modeled receptor areas for this analysis.

Based on the CALPUFF modeling results, the 98th percentile change in the deciview index exceeds 0.5 dv at all receptors modeled for the base case emissions scenario (representing emission levels during 2018-2019). Depending on the receptor area of interest, the change in dv exceeds a minimum value of 1.1 dv and exceeds 3.4 dv in the Little Rock area due to emissions at White Bluff. The modeling also shows that impacts exceeding 0.5 dv are pervasive, with 10-38 days per year exceeding 1.0 dv and 29-71 days per year exceeding 0.5 dv for Independence base case emissions, and 5-58 days per year exceeding 1.0 dv and 20-93 days per year exceeding 0.5 dv for White Bluff base case emissions, depending on the model year and receptor area. An impact that occurs eighty (93) days per year equates to approximately one out of every four (4) days.

In conclusion, the CALPUFF modeling study of the Independence Power Plant and White Bluff Power Plant air emissions corroborates the claims of each standing witness regarding visibility impairment that has been observed at his/her location(s).  The CALPUFF modeling results demonstrate that emissions from the two power plants do indeed cause or contribute to visibility impairment at all of the various locations where the Sierra Club and National Parks Conservation Association declarants are observing haze and/or visibility impairment (i.e., at all receptors modeled in my analysis).  The CALPUFF modeling results also demonstrate that the modeled visibility impairment due to emissions at Independence and White Bluff is predicted to occur frequently, with a range of once every eighteen (18) days to once every four (4) days depending on the modeled receptor area.

If the emissions at the Independence and White Bluff Power Plants were reduced to meet the NSPS limits, requiring $SO_2$ reductions for both EGUs at Independence and $NO_X$ reductions for Unit 2 at White Bluff, the visibility would be improved within the modeled receptors areas, as shown in Tables 4-3 through 4-6.  However, even with these emission reductions, the modeling results show that the deciview index would exceed 0.5 dv at all modeled receptor areas.

# 6.0 REFERENCES

Declaration of Robert Allen.

Declaration of Don Castleberry.

Declaration of John Hill

Declaration of Brandon Markin

Declaration of Ann Owen

Declaration of Richard Owen

Declaration of Jane Nye.

Declaration of Victoria R. Stamper

Declaration of Jack Stewart.

Declaration of Mary Weeks

EPA, 2005. Guideline of Air Quality Models. US Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC. Codified at 40 CFR 51, Appendix W.

Federal Register, Vol. 70, No. 128. Regional Haze Regulations and Guidelines for Best Available Retrofit Technology (BART) Determinations. Pp. 39104-30172, July 6, 2005. (40 CFR 51, Appendix Y).

Federal Register, Vol. 80, Proposed Arkansas Federal Implementation Plan, pp. 18944-19005, April 8, 2015

Federal Register, Vol. 81, Approval and Promulgation of Arkansas Federal Implementation Plan, page 66,332, Sept. 2016.

FLAG, 2010. Federal Land Managers' Air Quality Related Values Work Group (FLAG) Phase I Report – Revised 2010. National Park Service, US Department of the Interior, Natural Resource Report NPS/NRPC/NRR – 2010/232.

IWAQM, 1998. Interagency Workgroup on Air Quality Modeling (IWAQM) Phase 2 Summary Report and Recommendation for Modeling Long-Range Transport Impacts. US Environmental Protection Agency, EPA-454/R-98-019.

Scire, et.al., 2000. A User's Guide for the CALPUFF Dispersion Model (Version 5). Prepared on behalf of the US Environmental Protection Agency by Earth Tech, Inc., January 2000.

## APPENDIX A.  RESUME OF DR. H. ANDREW GRAY

## H. ANDREW GRAY

## EDUCATION

Ph.D. environmental engineering science, California Institute of Technology, Pasadena, California, 1986

M.S. environmental engineering science, California Institute of Technology, Pasadena, California, 1980

B.S. civil engineering/engineering and public policy, Carnegie-Mellon University, Pittsburgh, Pennsylvania, 1979

## EXPERIENCE

**Dr. H. Andrew Gray** has been performing research in air pollution for over 40 years, within academic, governmental, and consulting environments. He has made significant contributions in the areas of airborne particles and visibility, including the development and application of computer-based air quality models. His areas of expertise are air pollution control strategy design and evaluation, computer modeling of the atmosphere (including AERMOD, CALPUFF, CAMx, etc.), characterization of ambient air quality and air pollutant source emissions, aerosol monitoring and modeling, visibility analysis, receptor modeling, statistical data analysis, mathematical programming, numerical methods, and analysis of environmental public policy. Dr. Gray is currently an independent contractor focusing on particulate matter and visibility related research issues. Previous Gray Sky Solutions projects include assessment of Clean Air Act and other regulations on visibility in Class I (park and wilderness) areas, development of air pollution control plans and emission inventories for tribal lands, review and development of guidelines for modeling long-range transport impacts using the CALPUFF model, evaluation of particulate air quality impacts associated with diesel exhaust emissions, air quality management plan modeling protocol review, a critical review of Clean Air Mercury Rule (CAMR) documents, and assessment of the regional air quality impacts of power plant emissions. Dr. Gray has performed dispersion modeling studies to determine the impacts associated with mercury emissions in the Chesapeake Bay region, and has evaluated the air quality, visibility and health impacts of numerous electric generating facilities, industrial sources, and container ship traffic. Recently, Dr. Gray worked with a team of researchers to evaluate the health effects due to coal-fired power plant emissions throughout China. Dr. Gray was invited by the Royal Institute of

International Affairs to participate in the "Balancing Global Energy Policy Objectives: A High-Level Roundtable" meeting in April 2014.

Before starting Gray Sky Solutions, Dr. Gray was the manager of the PM10 and Visibility Program at Systems Applications International (SAI / ICF Inc.). At SAI, Dr. Gray conducted and managed a number of varied air pollution research projects. In the early 1990s, Dr. Gray directed a large (over $1 million) air-quality modeling program to determine the impact of SO2 emissions from a large coal-fired power plant on Grand Canyon sulfate and visibility levels. He managed projects to develop carbon particle emission data for the Denver area, designed a PM10 monitoring and modeling program for the El Paso area, determined the appropriate tradeoffs between direct PM10 emissions and emissions of PM10 precursors, estimated the visibility effects in federal Class I areas due to the 1990 Clean Air Act Amendments (results of which were incorporated into EPA's 1993 Report to Congress on the expected visibility consequences of the 1990 Clean Air Act Amendments), and provided assistance to EPA Region VIII's tribal air programs. Other projects include emission inventory development for Sacramento and carbon monoxide modeling of Phoenix, Arizona to support federal and regional implementation plans in those regions, systematic evaluation of the Interagency Workgroup on Air Quality Modeling (IWAQM) recommendations for the use of MESOPUFF II, a critical assessment of exposures to particulate diesel exhaust in California, and an evaluation of PM2.5 and PM10 air quality data in support of EPA's review of the federal particulate matter air quality standards. Later projects included a study of micrometeorology and modeling of low wind speed stable conditions in the San Joaquin Valley (CA), an assessment of the reductions in nationwide ambient particulate nitrate exposures due to mobile source NOX emission reductions, an evaluation of visibility conditions in the Southern Appalachian Mountains region, a review of cotton ginning emission factors, and a critical review and assessment of the PM10 Attainment Demonstration Plan for the San Joaquin Valley. Dr. Gray was a member of the modeling subcommittee of the technical committee of the Grand Canyon Visibility Transport Commission.

Previous to his tenure at SAI, Dr. Gray was responsible for the PM10 and visibility programs at the South Coast Air Quality Management District which involved directing monitoring, analysis, and modeling efforts to support the design of air pollution control strategies for the South Coast Air Basin of California. He developed and applied the methodologies for assessing PM10 concentrations that were used by the District through numerous subsequent air quality management plan revisions. Dr. Gray authored portions of the 1989 Air Quality Management Plan issued by the District that describe the results of modeling and data analyses used to evaluate particulate matter control strategies. Dr. Gray was instrumental in promoting the development and application of state-of-science models for predicting particulate matter concentrations. His responsibilities included direction and oversight of numerous aerosol-related contracts, including development of the SEQUILIB and SAFER models, construction of

an ammonia emission database, and development of sulfate, nitrate and organic chemical mechanisms. In addition, Dr. Gray was responsible for initiating the District's visibility control program.

In research performed at the California Institute of Technology, Dr. Gray studied control of atmospheric fine primary carbon particle concentrations and performed computer programming tasks for acquisition and analysis of real-time experimental data. He designed, constructed, and operated the first long-term fine particle monitoring network in Southern California in the early 1980s. He also developed and applied deterministic models to predict source contributions to fine primary carbon particle concentrations and constructed objective optimization procedures for control strategy design. In research carried out for the Department of Mechanical Engineering at Carnegie-Mellon University, Dr. Gray developed fuel use data for input to an emission simulation model for the northeastern United States.

**Specialized Professional Competence**

- Air pollution control strategy design
- Atmospheric air quality characterization
- Aerosols and visibility
- Computer modeling and data analysis
- Dispersion modeling for particulate matter and visibility
- Receptor modeling including Chemical Mass Balance (CMB) and factor analysis
- Analysis of environmental public policy

**Professional Experience**

- Systems Applications International (SAI/ICF)—PM10 and visibility program manager— participated in and managed numerous air quality modeling and analysis projects for public and private sector clients, with emphasis on particulate matter and visibility research

- South Coast Air Quality Management District, El Monte, California—air quality specialist—developed and applied air quality modeling analyses to support air pollution control strategy design for the South Coast Air Basin of California

- California Institute of Technology, Pasadena, California—research assistant— Ph.D. candidate in environmental engineering science. Thesis: Control of atmospheric fine primary carbon particle concentrations (thesis advisors: Dr. Glen Cass, Dr. John Seinfeld, and Dr. Richard Flagan)

- California Institute of Technology, Pasadena, California—laboratory assistant—performed computer programming tasks for acquisition and analysis of real-time experimental data

- Department of Mechanical Engineering, Carnegie-Mellon University, Pittsburgh, Pennsylvania—research assistant—developed fuel use data for an emissions simulation model for the northeastern United States. Grant from the U.S. Department of Energy for evaluation of national energy policy

- Department of Civil Engineering, Carnegie-Mellon University, Pittsburgh, Pennsylvania—consultant—analyzed structural retrofit design for Ferrari Dino import automobile for United States five mph crash test

**HONORS AND AWARDS**

Harold Allen Thomas Scholarship Award, Carnegie-Mellon University

University Honors, Carnegie-Mellon University

**PROFESSIONAL AFFILIATIONS**

Air and Waste Management Association

American Association for Aerosol Research

**SELECTED PUBLICATIONS AND PRESENTATIONS**

The Deposition of Airborne Mercury within the Chesapeake Bay Region from Coal-fired Power Plant Emission in Pennsylvania, in press (2012)

Peer Review of the Interagency Workgroup On Air Quality Modeling Phase 2 Summary Report And Recommendations For Modeling Long Range Transport Impacts (with others), Report compiled by: John S. Irwin, Air Policy Support Branch, Atmospheric Sciences Modeling Division, U.S. Environmental Protection Agency Research Triangle Park, NC 27711 (1999)

Source Contributions to Atmospheric Fine Carbon Particle Concentrations (with G.R. Cass), Atmospheric Environment, 32:3805-3825 (1998)

"Monitoring and Analysis of the Surface Layer at Low Wind Speeds in Stable PBL's in the Southern San Joaquin Valley of California" (with others), presented at the American Meteorological Society's 12th Symposium on Boundary Layers and Turbulence, Vancouver, British Columbia (July 1997)

"Estimation of Current and Future Year NOx to Nitrate Conversion for Various Regions of the United States" (with A. Kuklin), presented at the 90th Meeting of the Air and Waste Management Association, Toronto, Ontario (June 1997)

Integrated Monitoring Study (IMS) 1995: Characterization of Micrometeorological Phenomena: Mixing and Diffusion in Low Wind Speed Stable Conditions: Study Design and Preliminary Results (with others), in Measurement of Toxic and Related Air Pollutants, Air and Waste Management Association, Pittsburgh, Pennsylvania, pp. 484-500 (1996)

Regional Emissions and Atmospheric Concentrations of Diesel Engine Particulate Matter: Los Angeles as a Case Study (with G.R. Cass), in Diesel Exhaust: A Critical Analysis of Emissions, Exposure, and Health Effects, Health Effects Institute, Cambridge, Massachusetts, pp. 125-137 (1995)

"Assessment of the Effects of the 1990 Clean Air Act Amendments on Visibility in Class I Areas", presented at the 86th Annual Meeting & Exhibition of the Air and Waste Management Association, Denver, Colorado (June 1993)

"Source Contributions to Atmospheric Carbon Particle Concentrations" (with others), presented at the Southern California Air Quality Study Data Analysis Conference, Los Angeles, California (July 1992)

"Modeling Wintertime Sulfate Production in the Southwestern United States" (with M. Ligocki), presented at the AWMA/EPA International Specialty Conference on PM10 Standards and Nontraditional Particulate Source Controls, Scottsdale, Arizona (January 1992)

"Deterministic Modeling for the Navajo Generating Station Visibility Impairment Study: An Overview," presented at the 84th Meeting of the Air and Waste Management Association, Vancouver, British Columbia (June 1991)

 "Receptor and Dispersion Modeling of Aluminum Smelter Contributions to Elevated PM10 Concentrations" (with R. G. Ireson and A. B. Hudischewskyj), presented at the 84th Meeting of the Air and Waste Management Association, Vancouver, British Columbia (June 1991)

Visibility and PM-10 in the South Coast Air Basin of California (with J.C. Marlia), in Visibility and Fine Particles, Air and Waste Management Association, Pittsburgh, Pennsylvania, pp. 468-477 (1990)

Chemical characteristics of PM10 aerosols collected in the Los Angeles area (with others), J. Air Pollut. Control Assoc., 39:154-163 (1989)

Atmospheric carbon particles and the Los Angeles visibility problem (with others), Aerosol Sci. Technol., 10:118-130 (1989)

Receptor modeling for PM10 source apportionment in the South Coast Air Basin of California (with others), in PM-10: Implementation of Standards, Air Pollution Control Association, Pittsburgh, Pennsylvania, pp. 399-418 (1988)

Optimization of PM10 control strategy in the South Coast Air Basin (with others), in PM-10: Implementation of Standards, Air Pollution Control Association, Pittsburgh, Pennsylvania, pp. 589-600 (1988)

Quantitative high-resolution gas chromatography and high-resolution gas chromatography/mass spectrometry analyses of carbonaceous fine aerosol particles (with others), Int. J. Environ. Anal. Chem., 29:119-139 (1987)

"Development of an Objective Ozone Forecast Model for the South Coast Air Basin" (with others), presented at the 80th Meeting of the Air Pollution Control Association, New York (June 1987)

"PM10 Modeling in the South Coast Air Basin of California" (with others), presented at the 79th Annual Meeting of the Air Pollution Control Association, Minneapolis, Minnesota (1986)

Characteristics of atmospheric organic and elemental carbon particle concentrations in Los Angeles (with others), Environ. Sci. Technol., 20:580-589 (1986)

"Chemical Speciation of Extractable Organic Matter in the Fine Aerosol Fraction" (with others), presented at the 1984 International Chemical Congress of Pacific Basin Societies, Honolulu, Hawaii (1984)

"Source Contributions to Atmospheric Carbon Particle Concentrations" (with others), presented at the First International Aerosol Conference, Minneapolis, Minnesota (1984)

Elemental and organic carbon particle concentrations: A long term perspective (with others), Sci. Total Environ., 36:17-25 (1984)

"Meteorological and Chemical Potential for Oxidant Formation" (with others), presented at the Conference on Air Quality Trends in the South Coast Air Basin, California Institute of Technology, Pasadena, California (1980)

Containing recombinant DNA: How to reduce the risk of escape (with others), Nature, 281:421-423 (1979)

**OTHER PUBLICATIONS**

"Visibility and Health Modeling: Technical Support Document to Comments of Conservation Organizations; EPA's Proposed Promulgation of Air Quality Implementation Plans, State of Texas; Regional Haze and Interstate Visibility Transport Federal Implementation Plan, 82 Fed. Reg. 912 (proposed Jan. 4, 2017), EPA Docket No. EPA-R06-2016-0611; FRL-995-77-Region 6", prepared on behalf of the National Parks Conservancy Association, Washington, DC (2016)

"Visibility and Health Modeling: Technical Support Document to Comments of Conservation Organizations; EPA's Proposed Partial Approval and Partial Disapproval of Texas Regional Haze State Implementation Plan, Partial Disapproval of Oklahoma's State Implementation Plan, and Proposed Federal Implementation Plans for Texas and Oklahoma for the First Planning Period of 2008 through 2018", prepared on behalf of the Sierra Club, San Francisco, CA (2016).

"Comments on EPA's Co-Proposal for the State of Utah's Regional Haze State Implementation Plan (Docket ID No. EPA-R08-OAR-2015-0463)", prepared on behalf of the Sierra Club, San Francisco, CA (2016).

"Evaluation of MDEQ's May 31, 2016 Proposed Sulfur Dioxide One-Hour National Ambient Air Quality Standard State Implementation Plan", prepared on behalf of Sierra Club, San Francisco, CA (2016)

"Sierra Club v. Union Electric Co., dba Ameren Missouri U.S. District Court for the Eastern District of Missouri, Case No. 14-cv-00408", prepared on behalf of Sierra Club, San Francisco, CA (2016)

"Comments on MDEQ's Proposed Sulfur Dioxide One-Hour National Ambient Air Quality Standard State Implementation Plan (dated August 20, 2015)", expert report prepared on behalf of Sierra Club, San Francisco, CA (2015)

"Natural Resources Defense Council, Inc., Sierra Club, Inc., and Respiratory Health Association (Plaintiffs) v. Illinois Power Resources, LLC and Illinois Power Resources Generating, LLC (Defendants)", expert report prepared on behalf of Natural Resources Defense Council (2015)

"Visibility Modeling: Technical Support Document to Comments of Conservation Organizations; EPA's Proposed Federal Implementation Plan for Arkansas for the First Planning Period of 2008 through 2018", prepared on behalf of Sierra Club, San Francisco, CA and National Parks Conservancy Association, Washington, DC (2015)

Modeling the Visibility Impacts at Class I Areas due to Emissions from the Hunter, Huntington, and Carbon Power Plants, prepared on behalf of the National Parks Conservancy Association, Washington, DC (2015)

"Visibility and Health Modeling: Technical Support Document to Comments of Conservation Organizations; EPA's Proposed Partial Approval and Partial Disapproval of Texas Regional Haze State Implementation Plan, Partial Disapproval of Oklahoma's State Implementation Plan, and Proposed Federal Implementation Plans for Texas and Oklahoma for the First Planning Period of 2008 through 2018, prepared on behalf of the National Parks Conservancy Association, Washington, DC (2015)

"Modeling of SO2 Sources in the Wayne County Non-Attainment Area", prepared on behalf of Sierra Club, San Francisco, CA (2015)

"The Role of the Regional Haze Rule in Restoring Clean Air at National Parks and Wilderness Areas: Exploring the Impact of Regulatory Interaction on Power Plant Emissions and Visibility in Class I Areas", report prepared (with others) on behalf of the National Parks Conservancy Association, Washington, DC (2015)

"Review of Illinois 2014 SO2 Ambient Air Monitoring Network", prepared on behalf of Sierra Club, San Francisco, CA (2015)

"Review of Missouri's 2014 SO2 Ambient Air Monitoring Network", prepared on behalf of Sierra Club, San Francisco, CA (2014)

"Review of Michigan's 2014 SO2 Ambient Air Monitoring Network", prepared on behalf of Sierra Club, San Francisco, CA (2014)

"Atmospheric Dispersion Modeling of Coal-Fired Power Plant Emissions in China", prepared on behalf of Greenpeace International (2013)

"Modeling the Air Quality Impacts of Shipping Emissions", prepared on behalf of Kelley Drye and Warren (2012)

"Cypress Creek Power Plant Modeling: Pollutant Deposition to the Chesapeake Bay and Sensitive Watersheds within the Commonwealth of Virginia," prepared on behalf of the Chesapeake Bay Foundation, Annapolis, MD (2009)

"Virginia City Power Plant Modeling," prepared on behalf of the Chesapeake Bay Foundation, Annapolis, MD (2008)

"Chesterfield Power Plant Modeling," prepared on behalf of the Chesapeake Bay Foundation, Annapolis, MD (2008)

"The Deposition of Airborne Mercury in Pennsylvania," prepared on behalf of the Chesapeake Bay Foundation, Annapolis, MD (2007)

"The Deposition of Airborne Mercury in Virginia," prepared on behalf of the Chesapeake Bay Foundation, Annapolis, MD (2007)

"Pollutant Deposition from Maryland Sources," prepared on behalf of the Chesapeake Bay Foundation, Annapolis, MD (2006)

"Air Quality Modeling and Visibility Impacts Associated with Sammis Power Plant Emissions," prepared on behalf of the United States of America, Washington, D.C. (2003)

"Air Quality Modeling and Visibility Impacts Associated with Baldwin Power Plant Emissions," prepared on behalf of the United States of America, Washington, D.C. (2002)

"Assessment of the Impacts of Clean Air Act and Other Provisions on Visibility in Class I Areas" (with others), prepared for American Petroleum Institute, Washington, D.C. (1998)

"California Regional PM10 Air Quality Study: 1995 Integrated Monitoring Study Data Analysis: Time and Length Scales for Mixing Secondary Aerosols During Stagnation Periods" (with others), prepared for California Air Resources Board, Sacramento (1997)

 "San Joaquin Valley Regional PM10 Study: Characterizing Micrometeorological Phenomena: Mixing and Diffusion in Low Wind Speed Conditions Phase III: Monitoring and Data Analysis" (with others), prepared for California Air Resources Board, Sacramento (1997)

"Cotton Gin Particulate Emission Factors," prepared for U.S. Environmental Protection Agency, Region VIII, San Francisco, California (1997)

"Benefits of Mobile Source NOx Related Particulate Matter Reductions" (with A. Kuklin), SYSAPP-96/61, prepared for Office of Mobile Sources, U.S. Environmental Protection Agency, Ann Arbor, Michigan (1996)

"Evaluation of Existing Information on the Effects of Air Pollutants on Visibility in the Southern Appalachians" (with D. Kleinhesselink), SYSAPP-96-95/060, prepared for Southern Appalachian Mountains Initiative, Asheville, North Carolina (1996)

"Statistical Support for the Particulate Matter NAAQS" (with others), SYSAPP-96-95/039, prepared for Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina (1996)

"San Joaquin Valley Regional PM10 Study Support Study 5A: Characterizing Micrometeorological Phenomena: Mixing and Diffusion in Low Wind Speed Conditions Phase II: Detailed Recommendations for Experimental Plans" (with others), prepared for California Air Resources Board, Sacramento (1995)

"San Joaquin Valley Regional PM10 Study Support Study 5A: Characterizing Micrometeorological Phenomena: Mixing and Diffusion in Low Wind Speed Conditions Phase I: Literature Review and Draft Program Recommendations" (with others), prepared for California Air Resources Board, Sacramento (1995)

"Class I Grouping for Subsequent Assessment of Regional Haze Rules" (with others), SYSAPP-94/129, prepared for Air Quality Strategies and Standards Division, Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina (1994)

"Retrospective Analysis of the Impact of the Clean Air Act on Urban Visibility in the Southwestern United States" (with C. Emery and T.E. Stoeckenius), SYSAPP-94/108, prepared for Office of Policy Analysis and Review, Office of Air and Radiation, U.S. Environmental Protection Agency, Washington, D.C. (1994)

"Evaluation of Ambient Species Profiles, Ambient Versus Modeled NMHC:NOx and CO:NOx Ratios, and Source-Receptor Analyses" (with G. Yarwood, M. Ligocki, and G. Whitten), SYSAPP-94/081, prepared for Office of Mobile Sources, U.S. Environmental Protection Agency, Ann Arbor, Michigan (1994)

"Diesel Particulate Matter in California: Exposure Assessment" (with M. Ligocki and A. Rosenbaum), SYSAPP-94/077, prepared for Engine Manufacturers Association, Chicago, Illinois (1994)

"Interagency Workgroup on Air Quality Modeling (IWAQM): Assessment of Phase I Recommendations Regarding the Use of MESOPUFF II" (with M. Ligocki and C. Emery), SYSAPP-94/030, prepared for Source Receptor and Analysis Branch, Technical Services Division, Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina (1994)

"Analysis of the 1991-1992 Pine Bend Monitoring Data" (with others), SYSAPP-94/007, prepared for Minnesota Pollution Control Agency, St. Paul, Minnesota (1994)

"Assessment of the Effects of the 1990 Clean Air Act Amendments on Visibility in Class I Areas" (with others), SYSAPP-93/162, prepared for Ambient Standards Branch, Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina (1994)

"Revised Base Case and Demonstration of Attainment for Carbon Monoxide for Maricopa County, Arizona" (with others), SYSAPP-94-93/156s, prepared for Maricopa Association of Governments, Phoenix, Arizona (1994)

"Sacramento FIP 2005 Modeling Inventory" (with others), SYSAPP-93/237, prepared for Pacific Environmental Services, North Carolina, and U.S. Environmental Protection Agency, Region IX, San Francisco, California (1993)

"Carbon Monoxide Modeling in Support of the 1993 State Implementation Plan for Maricopa County, Arizona" (with others), SYSAPP-93/156, prepared for Maricopa Association of Governments, Phoenix, Arizona (1993)

"Air Quality Modeling of Carbon Monoxide Concentrations in Support of the Federal Implementation Plan for Phoenix, Arizona" (with others), SYSAPP-93/039, prepared for Pacific Environmental Services, North Carolina, and U.S. Environmental Protection Agency, Region IX, San Francisco, California (1993)

"Base Case Carbon Monoxide Emission Inventory Development for Maricopa County, Arizona" (with others), SYSAPP-93/077, prepared for Maricopa Association of Governments, Phoenix, Arizona (1993)

"Sacramento FIP Modeling 3: Future Emissions Inventory" (with others), SYSAPP-93/036, prepared for Pacific Environmental Services, Inc., North Carolina and U.S. Environmental Protection Agency, San Francisco (1993)

"Emissions Inventory Development for the Tribal Air Program" (with M. Causley and S. Reid), SYSAPP-92/146, prepared for U.S. Environmental Protection Agency, Region VIII, Denver, Colorado (1992)

"Carbon Particle Emissions Inventory for Denver Brown Cloud II: Development and Assessment" (with S. B. Reid and L. R. Chinkin), prepared for Colorado Department of Health, Denver, Colorado (1992)

"Analysis to Determine the Appropriate Trade-off Ratios Between NOx, SOx, and PM10 Emissions for the Shell Martinez Refinery" (with M. Ligocki), SYSAPP-92/006, prepared for Shell Oil Co., Martinez, California (1992)

 "Modeling Program for PM-10 State Implementation Plan Development for the El Paso/Ciudad Juarez Airshed" (with C. Emery and M. Ligocki), SYSAPP-91/134, prepared for U.S. Environmental Protection Agency, Dallas Texas (1991)

"Deterministic Modeling for Navajo Generating Station Visibility Study. Volume I. Technical Report" (with others), SYSAPP-91/045a, prepared for Salt River Project, Phoenix, Arizona (1991)

"Deterministic Modeling in the Navajo Generating Station Visibility Study" (with others), SYSAPP-91/004, prepared for Salt River Project, Phoenix, Arizona (1991)

"Analysis of Contributions to PM10 Concentrations During Episodic Conditions" (with A. B. Hudischewskyj and R. G. Ireson), SYSAPP-90/072, prepared for Kaiser Aluminum and Chemical Corporation (1990)

"Preparation of Elemental and Organic Carbon Particle Emission Inventories for the Denver Area: Work Plan" (with L. R. Chinkin), SYSAPP-90/068, prepared for Colorado Department of Health (1990)

"Evaluation of Control Strategies for PM10 Concentrations in the South Coast Air Basin," Air Quality Management Plan: 1988 Revision, Appendix V-O. South Coast Air Quality Management District, El Monte, California (1988)

"Annual PM10 Dispersion Model Development and Application in the South Coast Air Basin," Air Quality Management Plan: 1988 Revision, Appendix V-L. South Coast Air Quality Management District, El Monte, California (1988)

"PM10 Modeling Approach" (with others), 1987 AQMP Revision Working Paper No. 2, South Coast Air Quality Management District, El Monte, California (1986)

"Workplan for Air Quality Modeling and Analysis," 1987 AQMP Revision Working Paper No. 5, Planning Division, South Coast Air Quality Management District, El Monte, California (1986)

"Control of Atmospheric Fine Primary Carbon Particle Concentrations," (EQL report No. 23), Ph.D. thesis, California Institute of Technology, Pasadena, California (1986)

"Policy on Recombinant DNA Activities: Relaxing Guidelines While Increasing Safety," project report, Department of Engineering and Public Policy, Carnegie-Mellon University, Pittsburgh, Pennsylvania (1978)

"Air Pollution Control Analyses for State Implementation Plan Revisions in Allegheny County," project report, Department of Engineering and Public Policy, Carnegie-Mellon University, Pittsburgh, Pennsylvania (1978)


## EMPLOYMENT HISTORY

| | | |
|---|---|---|
| Systems Applications International | Manager, PM10 and Visibility Program | 1989–1997 |
| South Coast Air Quality Management District | Air Quality Specialist | 1985–1989 |
| California Institute of Technology, Pasadena, California | Research Assistant Laboratory Assistant | 1979–1985 1979 |
| Carnegie-Mellon University Dept. of Mechanical Engineering Pittsburgh, Pennsylvania | Research Assistant | 1978–1979 |