# DECLARATION OF RICHARD OWEN

1. My name is Richard R. Owen. I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2. I live with my wife in Little Rock, Arkansas. The house we built here was made to be sustainable and green and is actually LEED Platinum Certified. We've called this home for 17 years and have no plans to move.

3. I am an active member of Sierra Club. My wife and I have had a joint lifetime membership for about 16 years now.

4. I care about preserving nature, the wilderness, and the planet, which aligns with the goals and mission of Sierra Club. I grew up in Minnesota and can remember going to demonstrations with my parents to save the Boundary Waters Canoe Area, now Voyageurs National Park. I was raised to be a conservationist and I will always be one. I also am involved in environmental stewardship activities with my wife at our church. We are always trying to take a deeper dive into how we can care for the planet. Being a member of the Sierra Club is another way I can contribute to this cause.

5. I am a psychiatrist and the head of the research program at Central Arkansas Veterans Healthcare System. I care about my patients and their health. Being in the medical field, I am aware that pollutants in emissions from coal-fired power plants

1

have negative public health impacts and I am especially concerned about how communities of minority and lower-income populations are affected. In my state, I understand that there is already a high health burden with many afflicted with obesity, heart disease, lung disease, and diabetes, so I am concerned that continual increased air pollution will exacerbate the health issues of fellow Arkansans. Researching health effects of airborne toxins, like those from open-air burn pits used in the recent Iraq and Afghanistan conflicts is also an area of interest for me and part of my profession.

6.  The White Bluff Power Plant is about 30 miles from where I live. I drive by the plant occasionally when heading south. I have seen the plant in the past month. It's very big and can be seen from the freeway. The plumes of light grayish smoke that I have seen coming out of the smoke stack make me worried for my own heath and the health of my community.

7.  In ninth grade, in 1972 or 1973, I was in a social studies class where we were required to do a project about air pollution. We drove to several local areas with power plants and large industrial facilities to observe them and see the air pollution in person. When I witness the pollution belching from White Bluff, I recall the similar smoke and emissions that I saw when I was young from those other facilities.

8. In Little Rock, I also observe haze on a regular basis. I notice it throughout the year, but especially during the summer, I see it almost daily. I can recall looking off into the distance from my neighborhood and watching a hazy sunset. The sharpness of the whole landscape, the trees, and the view is decreased by the smog, as is my enjoyment of the view.

9. I am outside often as I love to walk and hike in nearby parks and spend time in our yard. Local parks that my wife and I frequently visit include Allsop Park, Pinnacle Mountain State Park, and Petit Jean State Park. River Trail Park is another park in Little Rock that I sometimes visit. The Big Damn Bridge connects two long trails to make a 15 mile loop, and I sometimes walk or bike on this trail.

10. Pinnacle Mountain State Park is one of my favorite parks. It's close to where I live and I enjoy going to feel connected with nature and to look at the beautiful landscape. The mountain itself is grand, and there are various plants, trees, and other wildlife, like birds, to see. The views from climbing the trail and from the top are expansive. I can see out across Little Rock, the farmland, and Lake Maumelle. My enjoyment of the view decreases if the smog is bad.

11. I pay attention to when there are reports of bad ozone days or poor air quality on the news just as I am aware of the weather forecast. I have bad allergies, so days when the air is bad make it harder for me to breathe and sometimes increase my congestion. I go outside to exercise, but I also go outside for my

3

mental health. The beauty of nature makes me happy, and there are times when I will spend less time outside because of low air quality out of concern for my health. I am also concerned about the potential risks associated with my prolonged exposure to air pollution and poor air quality and I worry if those of us with this experience could be more susceptible to other health issues.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 28, 2020

_____
Richard R. Owen