# Fish Consumption Notice - Mercury in Fish

**Produced by: Arkansas Department of Health· Arkansas Game and Fish Commission· Arkansas Department of Environmental Quality**

| Bodies of Water Under a Fish Notice | Pregnant or Breastfeeding Women, Women Planning to be Pregnant, and Children Under 7 Years of Age | General Public |
|---|---|---|
| **1. Felsenthal Wildlife Refuge** – including the Saline River up to Stillions Bridge (Union, Bradley, Ashley Counties) | Should not eat largemouth bass (13 inches or longer), flathead or blue catfish, pickerel, gar, bowfin or drum from this refuge. | Should not eat flathead catfish, gar, bowfin, drum, pickerel or largemouth bass (16 inches in length or longer). No more than 2 meals per month of blue catfish and largemouth bass (13-16 inches in length) should be eaten from this refuge. |
| **2. Ouachita River** – from Camden to the north border of the Felsenthal Wildlife Refuge to include all associated ox-bow lakes, backwater and overflow lakes and barrow ditches (Union, Ouachita, Calhoun Counties) | Should not eat largemouth bass, flathead catfish, pickerel, gar or bowfin from this river. | Should not eat largemouth bass, flathead catfish, pickerel, gar or bowfin from this river. |
| **3. Saline River** – from Highway 79 in Cleveland County to Stillions Bridge in Bradley and Ashley Counties | Should not eat blue catfish, flathead catfish, gar, bowfin, drum, pickerel or largemouth bass (13 inches or longer) or redhorse (20 inches or longer) from this river. | Should not eat blue catfish, flathead catfish, gar, bowfin, drum, pickerel, largemouth bass (over 16 inches in length) or redhorse (20 inches or longer).  No more than 2 meals per month of largemouth bass (13-16 inches in length) should be eaten from this river. |
| **4. Lake Columbia** (Columbia County) | Should not eat pickerel, flathead catfish, gar, bowfin or largemouth bass (16 inches or longer) from this lake. | Should not eat flathead catfish, gar, pickerel or bowfin. No more than 2 meals a month of largemouth bass (16 inches or longer) from this lake. |
| **5. Cut-off Creek** – from where the creek crosses Highway 35 in Drew County to where it joins with Bayou Bartholomew | Should not eat any fish from this creek. | Should not eat drum, buffalo, redhorse or suckers. No more than 2 meals per month of largemouth bass, catfish, crappie, gar, pickerel and bowfin from this creek. |
| **6. Bayou Bartholomew** – from the Drew/Ashley County Line to the Arkansas/Louisiana State Line | Should not eat flathead catfish, gar, bowfin, pickerel, or blue catfish (20 inches or longer), largemouth bass (12 inches or longer) or buffalo (18 inches or longer) from this bayou. | Eat no more than 2 meals per month of flathead catfish, gar, pickerel, bowfin, blue catfish (20 inches or longer), largemouth bass (12 inches or longer) or buffalo (18 inches or longer) from this bayou. |
| **7. Grays Lake** (Cleveland County) | Should not eat flathead catfish (26 inches or longer), largemouth bass (13 inches or longer), gar, bowfin or pickerel. | Should not eat largemouth bass over 16 inches in length. No more than 2 meals per month of gar, bowfin, pickerel, flathead catfish (26 inches or longer) or largemouth bass (13-16 inches in length) from this lake. |
| **8. Moro Bay Creek** – from Highway 160 to where it joins with the Ouachita River (Bradley County) | Should not eat any fish from this creek. | Should not eat largemouth bass, catfish, crappie, gar, pickerel or bowfin. No more than 2 meals per month of bream, drum, buffalo, redhorse and suckers from this creek. |

**Additional bodies of water under a fish notice are listed on the next page.**

# Fish Consumption Notice - Mercury in Fish

**Produced by: Arkansas Department of Health· Arkansas Game and Fish Commission· Arkansas Department of Environmental Quality**

| Bodies of Water Under a Fish Notice | Pregnant or Breastfeeding Women, Women Planning to be Pregnant, and Children Under 7 Years of Age | General Public |
|---|---|---|
| **9. Champagnolle Creek** – to include Little Champagnolle from Highway 4 to where it joins with the Ouachita River (Calhoun County) | Should not eat flathead catfish, gar, bowfin, drum, pickerel or largemouth bass (13 inches in length or longer) from this creek. | Eat no more than 2 meals per month of flathead catfish, gar, pickerel, bowfin or largemouth bass (13 inches or longer) from this creek. |
| **10. Dorcheat Bayou** (Columbia County) | Should not eat any fish from this bayou. | Should not eat largemouth bass (16 inches or longer). No more than 2 meals per month of catfish, crappie, gar, pickerel, bowfin or largemouth bass (under 16 inches in length) should be eaten from this lake. |
| **11. Fouche La Fave River** – from Nimrod Dam to where it joins with the South Fouche (Perry County) | Should not eat largemouth bass (16 inches or longer) from this river. | Eat no more than 2 meals per month of largemouth bass (16 inches or longer) from this river. |
| **12. Nimrod Lake** (Yell and Perry Counties) | Should not eat largemouth bass (16 inches or longer) from this lake. | Eat no more than 2 meals per month of largemouth bass (16 inches or longer) from this lake. |
| **13. Cove Creek Lake** (Perry County) | Should not eat largemouth bass (12 inches or longer) from this lake. | Should not eat largemouth bass (over 16 inches in length). No more than 2 meals per month of largemouth bass (12-16 inches in length) should be eaten from this lake. |
| **14. Lake Sylvia** (Perry County) | Should not eat largemouth bass (16 inches or longer) from this lake. | Eat no more than 2 meals per month of largemouth bass (16 inches or longer). |
| **15. Dry Fork Lake** (Perry County) | Should not eat largemouth bass (16 inches or longer) from this lake. | Eat no more than 2 meals per month of largemouth bass (16 inches or longer) from this lake. |
| **16. Lake Winona** (Saline County) | Should not eat black bass (16 inches or longer) from this lake. | Eat no more than 2 meals per month of black bass (16 inches or longer) from this lake. |
| **17. Lake Fort Smith** (Crawford County) | Should not eat black bass (16 inches or longer) from this lake. | Should not eat black bass (over 20 inches in length). No more than 2 meals per month of black bass (16-20 inches in length) should be eaten from this lake. |
| **18. Johnson Hole** – South Fork of the Little Red River (Van Buren County) | Should not eat largemouth bass (16 inches or longer) from this lake. | Should not eat largemouth bass (16 inches or longer) from this river area. |
| **19. Lake Ouachita** (Garland and Montgomery Counties) | Should not eat largemouth bass (13 inches or longer), white bass (13 inches or longer), or striped bass (25 inches or longer) from this lake. | Eat no more than 2 meals per month of largemouth bass (13 inches or longer), white bass (13 inches or longer), or striped bass (25 inches or longer) from this lake. |
| **20. Spring Lake** (Yell County) | Should not eat largemouth bass (16 inches or longer) from this lake. | Eat no more than 2 meals per month of largemouth bass (16 inches or longer). |

**A free educational brochure titled "Mercury in Fish in Arkansas - What You Should Know" is available. If you do not have a copy and would like one, please call 1-800-462-0599 or go to www.healthy.arkansas.gov.**

# Fish Notice Areas in Arkansas



**Counties Under Advisory**



**Blue areas represent bodies of water under a fish notice.**

## Map Legend

1. Felsenthal Wildlife Refuge
2. Ouachita River
3. Saline River
4. Lake Columbia
5. Cut-off Creek
6. Bayou Bartholomew
7. Grays Lake
8. Moro Bay Creek
9. Champagnolle Creek
10. Dorcheat Bayou
11. Fouche La Fave River
12. Nimrod Lake
13. Cove Creek Lake
14. Lake Sylvia
15. Dry Fork Lake
16. Lake Winona
17. Lake Fort Smith
18. Johnson Hole
19. Lake Ouachita
20. Spring Lake